# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| MOBILE BAYKEEPER, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> ALABAMA POWER COMPANY, <br><br> Defendant. | Case No.: 1:22-CV-00382 |

## NOTICE OF FILING OF EVIDENTIARY MATERIALS IN SUPPORT OF DEFENDANT ALABAMA POWER COMPANY'S REPLY IN SUPPORT OF MOTION TO DISMISS

Defendant Alabama Power Company, through undersigned counsel, hereby files the following evidentiary materials in support of its

### Certified Supplemental Administrative Record

| Document | Exhibit |
|---|---|
| EPA, *Letter from Kimberly Bingham, Chief, Chemical Safety & Land Enforcement Brnahc, Region 4, EPA to Susan B. Comensky, Vice President, Environmental Affairs, Alabama Power Company* (Jan. 31, 2023) | Z |
| Diagram of Plant Barry Closed CCR Unit | AA |
| Waste and Hazardous Constituents Below the Water Table: EPA-Approved Closures with Protective Caps and No Excavation | BB |
| EPA, *Superfund Record of Decision: Raymark Industries, Inc., Operable Unit 1, CT*, PB95-963716, EPA/ROD/R01-95/116 (July 3, 1995) | CC |

20800904.1

EPA, *Superfund Record of Decision: Todtz, Lawrence Farm, IA,* EPA/ROD/R07-89/022 (Nov. 1988) .................................................................. DD

EPA, *Second Five-Year Review Report for Lexington County Landfill Superfund Site, Lexington County, West Columbia, South Carolina* (Sept. 2007) ................................................................................................ EE

EPA, *Raymark Industries, Inc. Superfund Site, Record of Decision for Final Remedy at Operable Unit 2 (Groundwater), Including Vapor Mitigation Actions; and Final Source Control Actions for Operable Unit 3 (Upper Ferry Creek), Operable Unit 4 (Raybestos Memorial Field), Operable Unit 6 (Additional Properties), and Modification of the OU1 Remedy, Stratford, CT,* SEMS Doc. ID 592492 (Sept. 2016) ................ FF

EPA, *Superfund Record of Decision: Amoco Chemicals (Joliet Landfill), Joliet, IL,* PB99-964101, EPA541-R99-049 (July 15, 1999) ............................... GG

EPA, *Superfund Record of Decision: Auburn Road Landfill, NH,* EPA/ROD/R01-89/042 (Sept. 1989) ...................................................... HH

EPA, *Declaration for the Amended Record of Decision, Auburn Road Landfill, Londonderry, NH,* SDMS Doc. ID 262500 (Dec. 19, 1996) ..................... II

EPA, *Superfund Record of Decision: Chemplex II, IA,* EPA/ROD/R07-93/064 (May 1993) ........................................................................... JJ

EPA, *Superfund Record of Decision: Davisville Naval Construction Battalion Center, EPA ID: RI6170022036, OU 01, North Kingstown, RI,* EPA/ROD/R01-97/157 (Sept. 29, 1997) ......................................... KK

EPA, *Amended Record of Decision, Himco Dump, Elkhart, IN,* Doc. 925595 (Sept. 15, 2004) .................................................................... LL

EPA, *Superfund Record of Decision: Hunts Disposal, WI,* EPA/ROD/R05-90/148 (Sept. 1990) ............................................................. MM

EPA, *Superfund Record of Decision: Kohler Landfill, WI,* EPA/ROD/R05-92/206 (Mar. 1992) ............................................................. NN

EPA, *Superfund Record of Decision: Kummer Sanitary Landfill, MN,* EPA/ROD/R05-88/082 (Sept. 1988) ............................................... OO

EPA, *Superfund Record of Decision: Master Disposal Service Landfill, MI*, EPA/ROD/R05-90/146 (Sept. 1990) .................................................................. PP

EPA, *Superfund Record of Decision: Michigan Disposal Service, MI*, EPA/ROD/R05-91/171 (Sept. 1991) ..................................................................... QQ

EPA, *Superfund Record of Decision: Pensacola Naval Air Station OU 1, Pensacola, FL*, PB98-964016, EPA 541-R98-072 (Oct. 1998) ............................ RR

EPA, *Superfund Record of Decision: North Bronson Industrial Area, OU 1, Bronson, MI*, PB98-964101, EPA 541-R98-024 (Sept. 1998) ........................... SS

EPA, *Superfund Record of Decision: Northwest 58th Street Landfill, FL*, EPA/ROD/R04-87/027 (Sept. 1987) ..................................................................... TT

EPA, *Superfund Record of Decision: Osborne Landfill, PA*, EPA/ROD/R03-90-099 (Sept. 1990) ..................................................................... UU

EPA, *Superfund Record of Decision: Tri County Landfill, IL*, EPA/ROD/R05-92/218 (Sept. 1992) ..................................................................... VV

EPA, *Superfund Record of Decision: Waste Disposal, MN*, EPA/ROD/R05-88/063 (Dec. 1987) ..................................................................... WW

EPA, *Superfund Record of Decision: White Farm Equipment Dump, IA*, EPA/ROD/R07-90/040 (Sept. 1990) .................................................................. XX

EPA, *Superfund Record of Decision: Yeoman Creek Landfill, Waukegan, IL*, PB96-964111, EPA/ROD/R05-96/308 (Dec. 1996) ......................................... YY

Respectfully submitted this the 24th day of February, 2023.

/s/*Ed. R. Haden*
One of the Attorneys for the Defendant

3

**OF COUNSEL**
Ed R. Haden
Charles A. Burkhart
Steven A. Burns
Sean W. Shirley
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 488-5689
E-mail: ehaden@balch.com
 cburkhart@balch.com
 sburns@balch.com
 sshirley@balch.com

Jamie W. Betbeze
Raymond L. Bell, Jr.
Evan N. Parrott
MAYNARD, COOPER & GALE, P.C.
RSA Battle House Tower
11 North Water Street, Suite 24290
Mobile, AL 36602
Telephone: (251) 432-0001
Email: jbetbeze@maynardcooper.com
 rbell@maynardcooper.com
 eparrott@maynardcooper.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 24, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will forward a copy thereof to all attorneys of record.

/s *Ed R. Haden*
    OF COUNSEL