# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **MOBILE BAYKEEPER, INC.,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 1:22-00382-KD-B |
| | ) |
| **ALABAMA POWER COMPANY,** | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the Order entered on January 4, 2024, it is **ORDERED**, **ADJUDGED**, and **DECREED** that Alabama Power Company's Corrected Motion to Dismiss, (Doc. 60), is **GRANTED** and that this case is **DISMISSED** without prejudice.

**DONE** this the 4th day of **January 2024.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**