# EXHIBIT 1

**DECLARATION OF ANTHONY BROWN IN SUPPORT OF**

**PLAINTIFF'S MOTION FOR RECONSIDERATION OF COURT ORDER –**

**MOTION TO DISMISS GRANTED**

I, Anthony Brown, declare:

**QUALIFICATIONS**

1.      I am the CEO and Principal Hydrologist of Aquilogic, Inc. ("**aquilogic**") and if called as a witness I could and would testify competently to the facts and opinions stated herein.

2.      I hold degrees in geography (B.A.), civil engineering (D.I.C.), and engineering hydrology (M.S.).  A true and correct copy of my curriculum vitae ("**CV**") is attached hereto as **Exhibit A** (a sequential "List of Exhibits" is provided at the end of this declaration).

3.      In summary, my professional experience includes over thirty years of environmental and water resources consulting.  I have managed or directed hundreds of contaminant investigation and remediation projects, including many conducted in accordance with the Comprehensive Environmental Response, Compensation, and Liability Act ("**CERCLA**"), National Contingency Plan ("**NCP**"), Resource Conservation and Recovery Act ("**RCRA**"), Federal Clean Water Act ("**CWA**"), Federal Natural Resources Damages ("**NRD**") Claims, and various State statutes and regulations.  These projects have included sites with complex hydrogeology, complex fate and transport issues, multiple contaminants including trace metals (e.g., arsenic, boron, lead, chromium), multiple contaminant sources, and multiple responsible parties ("**RPs**").  I have also provided consulting services to government agencies responsible for the management of natural resources and environmental protection.  In addition, I have provided consulting services to numerous parties having to address pollution caused by others, notably public water utilities with water supplies impacted by a variety of contaminants.

4.      Specifically, I have provided consulting services related to the following coal ash sites with impoundments and/or landfills at operating and closed power plants:

- Virginia (VA) - Possum Point, Chesapeake Energy Center, Bremo, Chesterfield.
- North Carolina (NC) – Mayo, Roxboro, Belews Creek.
- South Carolina (SC) – Grainger, Wateree.
- Tennessee (TN) – Galatin.
- Georgia (GA) – Scherer, Hammond.

- Alabama (AL) – Barry.
- Texas (TX) – San Miguel.

5.      In addition, to provide input on US Environmental Protection Agency (USEPA) proposed determinations for three coal ash facilities issued in January 2022, I also reviewed information related to the following 20 additional coal ash sites:

- AL – Miller, Gaston, Greene County.
- GA -  McDonough, Wansley.
- NC – Sutton, H. F. Lee, Cape Fear, Weatherspoon, Dan River, Buck Steam Station, Rogers Energy Complex, Riverbend, Asheville, Allan Steam Station, Marshall Steam Station.
- TN – Kingston, Bell Run, Cumberland, Allen East.

6.      As part of my work, I have prepared hundreds of technical reports and reviewed many thousands of technical reports that contain analysis and interpretation of contaminant sources, contaminant magnitude and extent, contaminant fate and transport, the feasibility of remediation or mitigation actions, the design, permitting, installation and operation of remediation systems, the design and costing of water treatment systems, the effectiveness of contaminant investigation and remediation activities, and other related issues.

7.      I have been admitted as an expert in numerous legal proceedings both in Federal and State courts and have testified at deposition on more than 40 occasions and at trial on 15 occasions. Many of these proceedings have involved the contamination of soil, sediment, groundwater, and surface water resources.  Specifically, I have offered deposition testimony related to four coal ash sites and trial testimony at one coal ash site.  I have also testified before the US Congress on groundwater issues and briefed the White House on pollution matters.

**ASSIGNMENT**

8.      I have been retained by the Southern Environmental Law Center (SELC) on behalf of Plaintiffs, Mobile Baykeeper, Inc. ("**Baykeeper**"), in their lawsuit against Alabama Power Company (Defendants) (Civil Action No. 1:22-00382-KD-B) in US District Court for the Southern District of Alabama, Southern Division.  I have been asked to prepare this declaration to clarify factual issues raised in the Court's Order Granting Motion to Dismiss, dated January 4, 2024.  Specifically, I have been asked to address the environmental effects of the closure implementation process required under the Coal Combustion Residuals (CCR) Rule.

9.      To that end, this declaration: (1) explains in very general terms the effects of the work

that would be required to comply with the CCR Rule's closure performance standards before closure is complete (estimated at 2031 for the Barry Ash Pond); and (2) provides examples of how reductions in pollution were observed during the implementation of closure plans at other coal ash sites before closure was complete.

10.    Aside from my knowledge regarding the 34 coal ash sites detailed above, a bibliography of documents reviewed pertinent to this declaration is provided in **Exhibit B**.

**BACKGROUND:  PLANT BARRY ASH POND**

11.    Alabama Power operates the James M. Barry Electric Generating Plant (the Plant), located along the west bank of the Mobile River at 15300 U.S. Highway 43 North, Bucks, Alabama, approximately 30 miles north of Mobile, Alabama.  The CCR, which primarily comprise fly-ash and bottom-ash generated from burning coal, are disposed as a slurry in a large impoundment (the Barry Ash Pond) located immediately adjacent to the Mobile River and upstream of Tensaw Delta and Mobile Bay.

12.    The Barry Ash Pond is located southeast of the power generating complex. The Barry Ash Pond is bounded to the north by the Plant, to the east and south by the Mobile River, and to the west and southwest by the Plant cooling water discharge canal.  The Barry Ash Pond was reportedly placed into service in 1965 and is approximately 600 acres in size.  The Barry Ash Pond currently stores approximately 21,700,000 cubic yards of CCR (Alabama Power, 2020).

13.    Dikes surround the east, south, and west edges of the Barry Ash Pond embankments; the west and east embankments appear to tie into natural ground on the north side of the impoundment.  The initial dikes were reportedly constructed in 1965 and they were expanded on four occasions - in 1972, 1992, 1998, and 2004.  The Barry Ash Pond was built on a marsh area and continues to support marsh vegetation, such as cattails and water hyacinths.  Portions of the Barry Ash Pond extend into the Mobile River and the pond was constructed over Sisters Creek and its confluence with the Mobile River.

14.    According to documentation provided to USEPA by Alabama Power, CCR materials contained in the Barry Ash Pond include fly ash, boiler slag, flue gas emission control residuals, and other regulatory-permitted, low volume wastes.  Historically, the Barry Ash Pond also accepted metal cleaning wastes (Pruner, 1991).  Coal ash wastes typically contain elevated concentrations of heavy metals.

15.    The Barry Ash Pond is not lined (Pegues, 2016).

**ENVIRONMENTAL BENEFITS FROM THE IMPLEMENTATION OF AN EXCAVATION AND REMOVAL CLOSURE PLAN**

16.     The following are current conditions at the Barry Ash Pond that result in an environmental risk, environmental impact, and/or non-compliance with the CCR Rules:

i.     Coal ash waste is in contact with groundwater.

ii.     Constituents in coal ash waste are leaching to groundwater and dissolving into groundwater flowing through the waste.

iii.     Constituents in coal ash waste (e.g., arsenic) have impacted the Miocene and Pleistocene Aquifer underlying the Barry Ash Pond.

iv.     Contaminated groundwater is discharging to surface water, notably the Mobile River.

v.     Coal ash waste could enter the Mobile River and surrounding aquatic habitat during a major storm event.

vi.     Large volumes of coal ash waste could enter the Mobile River, surrounding aquatic habitat, and the downstream Mobile Bay if there was a catastrophic failure of the dike surrounding the pond.

17.     There are potentially multiple approaches to satisfy the closure performance standards under the CCR Rule, most notably how the permanent removal of free liquids and the separation of coal ash waste from groundwater can be achieved.  However, in my experience, complete excavation of the coal ash waste and removal to an engineered, dry landfill or removal for re-use/recycling of the coal ash waste are the only approaches that have been effective.  No other approaches that would satisfy the requirements of the CCR Rule have been proposed for the Barry Ash Pond.  If an alternative closure method that satisfied the requirements of the CCR Rule were implemented, beneficial effects similar to those discussed below for excavation and removal would be expected.

18.     Closure in compliance with the requirements of the CCR Rule, the remedy requested in this case, would likely involve excavation of all coal ash waste and either: (1) recycling of the ash for beneficial reuse; or (2) transportation for placement in an engineered, dry landfill.  This approach to closure (referred to herein as the "**excavation and removal closure plan**") would incorporate the following steps:

•     Dewatering of the coal ash waste to facilitate excavation and off-site transportation, with treatment of the extracted water prior to discharge.

•     Excavation of <u>all</u> coal ash waste from the Barry Ash Pond.

- Removal of <u>all</u> coal ash waste to an engineered, dry landfill or removal for re-use/recycling.

- Removal of the dikes surrounding the Barry Ash Pond.

19.      During the phases of work for an excavation and removal closure plan, the following environmental benefits would be achieved:

i.     With pre-excavation dewatering, the volume of coal ash waste in contact with groundwater would be reduced.  After closure is complete, all coal ash waste would be removed, and no coal ash waste would be in contact with groundwater.

ii.    With pre-excavation dewatering, groundwater levels in the coal ash waste would be lowered, and the quantity of constituents in coal ash waste leaching to groundwater and dissolving into groundwater flowing through the waste would be reduced.  After closure is complete, all coal ash waste would be removed, and leaching of constituents in coal ash waste to groundwater and dissolution of coal ash waste constituents into groundwater flowing through the waste would be eliminated.

iii.   As water is removed from the Barry Ash Pond, the flow of contaminated groundwater from the coal ash waste to the underlying aquifer would be reduced.  During this activity, contaminant concentrations in the underlying aquifer will likely decline, as observed at other coal ash waste sites (e.g., Grainger Generating Station [GGS], SC and Wateree Generating Station [WGS], SC – see paragraphs 20 to 50).  After closure is complete, all coal ash waste would be removed, and flow of constituents in the coal ash waste down into the underlying aquifer would be eliminated.

iv.    With lower water levels in the Barry Ash Pond from pre-excavation dewatering of the coal ash waste, the flow of contaminated groundwater from the coal ash waste into the Mobile River would be reduced.  After closure is complete, all coal ash waste would be removed, and the flow of constituents in the coal ash waste to the Mobile River would be eliminated.

v.     As water and coal ash waste are being removed from the Barry Ash Pond, the risk of a catastrophic failure of a dike, and subsequent catastrophic impacts to surface water and aquatic habitat, would be proportionately reduced.  After closure is complete, all coal ash waste would be removed, and the risk of a catastrophic failure of a dike, and subsequent catastrophic impacts to surface water and aquatic habitat, would be eliminated.

**SITE COMPARISONS DEMONSTRATING THE BENEFITS OF CLOSURE PLAN IMPLEMENTATION**

I have previously evaluated beneficial effects prior to completion of closure at Santee Cooper's Grainger Generating Station (GGS) and South Carolina Electric & Gas Company's (SCE&G) Wateree Generating Station (WGS), both located in South Carolina.  A summary of my findings is provided in the following paragraphs.

**Grainger Generating Station**

20.     GGS is an electric-generating facility owned by Santee Cooper, which was decommissioned in 2012.  The 833-acre facility is located in Conway, SC along US Highway 501.  Two closed 85-megawatt (MW) subcritical coal-fired units, a feed coal pile, and two ash ponds were located on the eastern side of Highway 501 and an approximately 300-acre cooling pond, Lake Busbee, is located on the western side.  The eastern portion of GGS is bordered to the east and south by the south flowing Waccamaw River and to the northeast and north by the City of Conway (Santee Cooper, 2017b, Figure 2; **Exhibit C**).

21.     During the operation of GGS, wastewater containing fly ash and bottom ash was treated in two ash ponds (the Ash Ponds) that are part of the plant's Wastewater Treatment System (WWTS).  Ash Pond 1 was constructed in 1966 and covers approximately 41 acres.  Ash Pond 2 was constructed in 1977 and covers approximately 39 acres.  Industrial storm-water runoff was discharged to the Ash Ponds (Geosyntec, 2014, p. 1).

22.     Decanting of the Ash Ponds and dewatering of the coal ash waste was carried out in order to increase the suitability of the coal ash waste for beneficial use and transport.

23.     On November 19, 2013, Santee Cooper entered into a settlement agreement to resolve an enforcement action brought by Waccamaw Riverkeeper, Southern Alliance for Clean Energy (SACE), and South Carolina Coastal Conservation League, herein referred to as "the Conservation Groups".  As part of the settlement agreement, Santee Cooper agreed that excavation of the coal ash waste from the Ash Ponds, and one foot of underlying soil, would be completed no later than December 31, 2023.  Coal ash waste and soil from GGS was to be sold, recycled, or placed in a Class III or better landfill.  Santee Cooper also agreed to make a good faith effort to complete the excavation and removal of coal ash waste and soil from GGS by December 31, 2020.  The removal of coal ash waste and soil began on March 17, 2014 and June 12, 2016, respectively (Santee Cooper, 2019).

24.     On March 12, 2019, I attended a detailed inspection of GGS with Santee Cooper

employees that included a discussion of the excavation program with these employees.  In addition, information regarding power plant operations, closure options, the implemented excavation programs, and the groundwater and surface water sampling was reviewed.  As of March 12, 2019, the excavation program was 99% complete, with an estimated 25,000 CY of coals ash waste remaining.

25.     At GGS, extensive dewatering of the Ash Ponds and storm-water management was required.  This included the construction of a rubber dam around the Ash Basins during Hurricane Florence to prevent catastrophic releases of coal ash waste to the Waccamaw River and Waccamaw National Wildlife Refuge.  As noted, the excavated coal ash waste and underlying soil was transported off-site for either beneficial use (e.g., cement production) or disposal at a controlled, Class III landfill.

26.     Arsenic was the primary groundwater contaminant of concern (COC) at GGS.  South Carolina's regulatory standard for arsenic in groundwater is 10 micrograms per liter (ug/L). In September and October 2013 sampling events, a maximum arsenic concentration of 3,371.6 ug/L was detected in a groundwater sample from monitoring well GGSMW-9 (October 1, 2013) (Santee Cooper, 2013, NPDES Data Tables in **Exhibit C**).  In the September and October 2017 sampling events (the latest sampling events available for my review), a maximum arsenic concentration of 1,750 ug/L was detected in a groundwater sample from monitoring well GGSMW-9 (October 17, 2017) (Santee Cooper, 2017b, NPDES Data Tables in **Exhibit C**).

27.     In September and October 2013, arsenic concentrations were detected above the SC standard for arsenic (10 ug/L) in groundwater samples from monitoring wells GGSMW-3, GGSMW-5, GGSMW-9, GGSMW-10, GGSMW-11, and GGSMW-12 at 941.9 ug/L, 14.5 ug/L, 3,371.6 ug/L, 1,097.9 ug/L, 450.0 ug/L, and 19.4 ug/L, respectively (Santee Cooper, 2013, NPDES Data Tables in **Exhibit C**).

28.     Arsenic concentrations in groundwater samples from monitoring well GGSMW-3 decreased from 941.9 ug/L (October 1, 2013) to 304 ug/L (October 17, 2017) (**Figure 1** in **Exhibit D**). Arsenic concentrations in groundwater samples from monitoring well GGSMW-5 increased from 14.5 ug/L (September 30, 2013) to 52.1 ug/L (September 14, 2017) (**Figure 2** in **Exhibit D**).  Arsenic concentrations in groundwater samples from monitoring well GGSMW-9 decreased from 3,371.6 ug/L (October 1, 2013) to 1,750 ug/L (October 17, 2017) (**Figure 3** in **Exhibit D**).  Arsenic concentrations in groundwater samples from monitoring well GGSMW-10 decreased from 1,097.9 ug/L (October 1, 2013) to 81.7 ug/L (September 15, 2017) (**Figure 4** in **Exhibit D**).  Arsenic concentrations in groundwater samples from monitoring well GGSMW-11 decreased from 450 ug/L (September 30, 2013) to 16.9 ug/L (September 15, 2017) (**Figure 5** in **Exhibit D**).  Arsenic concentrations in groundwater samples from monitoring well GGSMW-12 increased from 19.4 ug/L (September 30, 2013) to 38.3 ug/L (September 14,

2017) (**Figure 6** in **Exhibit D**).

29.     Arsenic concentrations in groundwater have shown an overall decreasing trend since closure activities at GGS began in 2014.  GGS also experienced floodwaters from a 1,000-year flood in October 2015, causing some of the semi-annual monitoring to be rescheduled.  Arsenic concentrations spiked in the September and October 2016 sampling event, possibly related to the 1,000-year flood event (Carter, M., 2019).  Thereafter, concentrations either stabilized or began showing an overall decreasing trend again.

30.     These declining contaminant concentrations demonstrate the effectiveness of coal ash excavation at preventing the ongoing contamination of groundwater, in reducing groundwater contaminant concentrations, and reducing the discharge of contaminated groundwater to surface waters, with beneficial effects long before the completion of closure.


**Wateree Generating Station**

31.     WGS is a coal-fired electric generation facility located in Eastover, Richland County, SC along the Wateree River.  SCE&G owned and operated WGS, and two 80-acre ash ponds (Ash Pond 1 and Ash Pond 2) were located at the facility (Nautilus Geologic Consulting, PLLC [Nautilus], 2018, Sheet 5; **Exhibit F**).

32.     Ash Pond 1 was constructed adjacent to Ash Pond 2 and both were designed to receive wastewater, bottom ash, and fly ash generated from the operation of WGS.  Ash Pond 1 was constructed in a re-worked borrow pit and Ash Pond 2 was constructed outside of this area (Nautilus, 2018, Sheet 5; **Exhibit E**).  The Ash Ponds were constructed in 1970 and by 1998 the width of the dike separating the two ponds from Wateree River had diminished (General Engineering [General], 1998).

33.     SCE&G installed groundwater monitoring wells MW-1 and MW-9 around the periphery of the ponds in 1994.  A hydrogeologic assessment was carried out in 1998 to obtain information regarding the aquifer characteristics and site stratigraphy.

34.     Results of the hydrogeologic assessment indicated that the deposition of coal ash waste in Ash Pond 1 (approximately 1,683,000 CY) had impacted groundwater underlying the Ash Ponds with a variety of COCs, notably arsenic (General, 1998).

35.     The closure of Ash Pond 1 included the excavation of all coal ash waste and a minimum of 2 feet of underlying soil.  All materials removed are being transported for disposal at an on-site Class III landfill.

36.     A new lined wastewater management facility was put into service in 2016 to facilitate

closure of Ash Pond 1.  The new facility was developed in order to divert plant wastewater away from Ash Pond 1 (Nautilus, 2018, p. 3).

37.     Large-scale excavation from Ash Pond 1 began on July 2016; however, SCE&G had been removing recycled coal ash waste from the pond since 2012 (Santee Cooper, 2019, p. 2).  During excavation activities, the Closure Plan also requires backfilling of the excavated pond with clean backfill soils to prevent ponding and allow for gravity storm-water drainage from the former pond area.

38.     In 2019, SCE&G reported that the cumulative net reduction of ash in Ash Pond 1 was approximately 3,050,023 tons (Santee Cooper, 2019, p. 2).  I visited WGS on March 12, 2019.  At that time, it was estimated that the excavation program was 99% complete with about 100,000 CY of coal ash waste still to be excavated.

39.     Historical arsenic concentrations for each of the nine monitoring wells at WGS are discussed below and provided in **Exhibit E**.  The maximum historical arsenic concentration at WGS of 5,100 ug/L was detected in a groundwater sample from MW-11 taken on March 15, 2006 (Nautilus, 2018, Table 1 in **Exhibit E**).  As of the sampling event on October 22, 2018, the maximum arsenic concentration detected in groundwater samples from all monitoring wells was 80.5 ug/L in a sample from MW-11 (Nautilus, 2018, Table 1 in **Exhibit E**).

40.     Between April 20, 2010 and October 22, 2018, 19 samples from monitoring well MW-1A were analyzed for arsenic.  Arsenic was detected in only one sample (9.3 ug/L on November 1, 2011) (**Figure 8** in **Exhibit D**).

41.     Between April 17, 2001 and October 22, 2018, 36 samples from monitoring well MW-2 were analyzed for arsenic.  Arsenic was detected in six samples at concentrations up to 5.1 ug/L (November 6, 2012).  Arsenic was first detected in a sample taken on November 6, 2012 (5.1 ug/L) and concentrations have steadily decreased to 2 ug/L (October 22, 2018) (**Figure 9** in **Exhibit D**).

42.     Between April 17, 2001 and October 22, 2018, 39 samples from monitoring well MW-3 were analyzed for arsenic.  Arsenic concentrations in these samples ranged from 2.5 ug/L (May 9, 2017) to 485 ug/L (April 20, 2010).  Since the maximum concentration of 485 ug/L was detected in a sample taken on April 20, 2010, concentrations have decreased to 63.8 ug/L (October 22, 2018) (**Figure 10** in **Exhibit D**).

43.     Between April 17, 2001 and October 22, 2018, 36 samples from monitoring well MW-4 were analyzed for arsenic.  Arsenic concentrations in these samples ranged from 1.6 ug/L (May 9, 2017) to 15.1 ug/L (October 18, 2005).  Arsenic concentrations have decreased from a maximum of 15.1 ug/L (April 20, 2010) to 2.3 ug/L (October 22, 2018) (**Figure 11** in **Exhibit D**).

44.     Between April 17, 2001 and October 22, 2018, 39 samples from monitoring well MW-5 were analyzed for arsenic.  Arsenic concentrations in these samples ranged from 2.9 ug/L (May 9, 2017) to 15.4 ug/L (April 15, 2003).  Arsenic concentrations have decreased from a maximum of 15.4 ug/L (April 15, 2003) to 4.4 ug/L (October 22, 2018) (**Figure 12** in **Exhibit D**).

45.     Between November 13, 2001 and October 22, 2018, 35 samples from monitoring well MW-6 were analyzed for arsenic.  Arsenic was detected in 10 of these samples at concentrations up to 6.7 ug/L (May 16, 2012).  Arsenic concentrations have decreased from a maximum of 6.7 ug/L (May 16, 2012) to 1.1 ug/L (October 22, 2018) (**Figure 13** in **Exhibit D**).

46.     Between April 17, 2001 and October 22, 2018, 36 samples from MW-8 were analyzed for arsenic.  Arsenic was detected in 12 of these samples at concentrations up to 19.8 ug/L (October 20, 2003).  Arsenic concentrations have decreased from a maximum of 19.8 ug/L (October 20, 2003) to 1.5 ug/L (October 22, 2018) (**Figure 14** in **Exhibit D**).

47.     Between April 17, 2001 and October 22, 2018, 41 samples from monitoring well MW-11 were analyzed for arsenic.  Arsenic concentrations in these samples ranged from 48 ug/L (May 1, 2018) to 5,100 ug/L (March 15, 2006).  Arsenic concentrations have decreased from a maximum of 5,100 ug/L (March 15, 2006) to 80.5 ug/L (October 22, 2018) (**Figure 15** in **Exhibit D**).

48.     Between April 14, 2015 and October 22, 2018, eight samples from monitoring well MW-12 were analyzed for arsenic.  Arsenic concentrations in these samples ranged from 1.3 ug/L (October 1, 2016) to 2.9 ug/L (October 22, 2018) (**Figure 16** in **Exhibit D**).

49.     During the excavation program at WGS, arsenic concentrations in groundwater samples taken from monitoring wells have declined dramatically and remain low.  Arsenic concentrations decreased almost tenfold between May 15, 2012 (690 ug/L) and October 22, 2018 (80.5 ug/L) (Nautilus, 2018, Table 1 in **Exhibit E**).  For the entire groundwater monitoring dataset, a maximum arsenic concentration of 5,100 ug/L was detected in a sample from monitoring well MW-11 in March 2006 (5,100 ug/L).  In the sampling event On October 22, 2018 arsenic concentrations ranged from 1.1 ug/L (MW-6) to 80.5 ug/L (MW-11); that is, arsenic concentrations have declined by 98.5% (Nautilus, 2018, Table 1 in **Exhibit E**).

50.     These declining contaminant concentrations demonstrate the effectiveness of coal ash waste excavation at preventing the ongoing contamination of groundwater, in reducing groundwater contaminant concentrations, and reducing the discharge of contaminated groundwater to surface waters, with beneficial effects long before the completion of closure.

**RESPONSE TO STATEMENTS IN THE ORDER**

51.     In the Order (p. 29) it states "[O]*rdering [Alabama Power] to execute a closure plan that complies with 40 C.F.R. § 257.102(d)(1)(i-ii) and (d)(2)(i) [the CCR Rule's closure performance standards] would not make it 'substantially likely' that Plant Barry's coal ash leaching would cease any time soon*." As detailed in paragraph 19, this is incorrect.   The dewatering of coal ash waste at the Barry Ash Pond under an excavation and removal closure plan would reduce the leaching of constituents in coal ash waste to groundwater, and the ultimate removal of all coal ash will then permanently eliminate the leaching of constituents in coal ash waste to groundwater.  Further, as demonstrated in paragraphs 20 to 50, as a result of the dewatering and concomitant excavation and removal of coal ash waste at GGS and WGS, contaminant concentrations in groundwater declined significantly during closure implementation and remained lower after closure was complete.

52.     In the Order (p.29) it states, "*Ordering that Alabama Power eliminate free liquids by removing liquid wastes prior to installing the final cover system would do nothing to address Plant Barry's ongoing groundwater contamination when the system will not be installed until August 2030*." As detailed in paragraph 19, this is incorrect.   The dewatering of coal ash waste at the Barry Ash Pond under an excavation and removal closure plan would reduce the flow of constituents in coal ash waste to the underlying aquifer, and the ultimate removal of all coal ash will then permanently eliminate the flow of constituents in coal ash waste to groundwater.  Further, as demonstrated in paragraphs 20 to 50, as a result of the dewatering and concomitant excavation and removal of coal ash waste at GGS and WGS, contaminant concentrations in groundwater declined significantly during closure implementation and remained lower after closure was complete.

53.     In the Order (p.29) it states, "*Ordering Alabama Power to implement a closure plan today that both eliminates the post-closure infiltration of liquids and releases of CCR into groundwater and precludes the probability of future impoundment of water, sediment, or slurry cannot redress ongoing leaching when the law only regulates how a CCR unit is closed*."  As detailed in paragraph 19, this is incorrect.  The dewatering of coal ash waste at the Barry Ash Pond under an excavation and removal closure plan should "*redress ongoing leaching*", and the ultimate removal of all coal ash will then permanently eliminate the ongoing leaching.

54.     In the Order (p.35) it states, "*The Court cannot impose any incremental harm [on Mobile Baykeeper] by deferring review to a date closer to the project's estimated 2031 completion date when, even if granted, Baykeeper's requested relief would not affect the polluting impoundment until that point anyway.*"  As detailed in paragraph 19, this is incorrect.  The current conditions at the Barry Ash Pond

are causing ongoing environmental impacts and present environmental risks (i.e., harm).  In the event of a dike failure, this harm could be catastrophic (see paragraph 16).  As noted in paragraph 19, implementation of an excavation and removal closure plan would reduce most of these environmental impacts and reduce the environmental risks (i.e., harm to Baykeeper will be reduced), and the ultimate removal of all coal ash will then permanently eliminate the environmental impacts and risks (i.e., harm will be eliminated).  Further, as demonstrated in paragraphs 20 to 50, as a result of the dewatering and concomitant excavation and removal of coal ash waste at GGS and WGS, environmental impacts and risks declined during closure implementation and harm was eliminated after closure was complete.

55.     In the Order (p.35) it states, "*while Baykeeper's injuries in fact persist and the Ash Pond's closure has begun, granting Baykeeper's relief would not affect the ongoing leaching until much closer to August 2030.*"  As detailed in paragraph 19, this is incorrect.  The current conditions at the Barry Ash Pond are causing ongoing environmental impacts and present environmental risks (i.e., injuries to Baykeeper).  In the event of a dike failure, the injury could be catastrophic (see paragraph 16).  As noted in paragraph 19, implementation of an excavation and removal closure plan would reduce most of these environmental impacts and reduce the environmental risks (i.e., injuries to Baykeeper will be reduced), and the ultimate removal of all coal ash will then permanently eliminate the environmental impacts and risks (i.e., injuries to Baykeeper will be eliminated).  Further, as demonstrated in paragraphs 20 to 50, as a result of the dewatering and concomitant excavation and removal of coal ash waste at GGS and WGS, environmental impacts and risks declined during closure implementation and these injuries were eliminated after closure was complete.


Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.


Executed on:   February 1, 2024

ANTHONY BROWN

**LIST OF EXHIBITS**

A.      Curriculum Vitae

B.      Bibliography

C.      Grainger Generating Station (GGS) Information

D.      Aquilogic Figures

E.      Wateree Generating Station (WGS) Information

**EXHIBIT A:  Curriculum Vitae**



aquilogic, Inc.
environment ● water ● strategy

185 San Leandro Way
San Francisco, CA 94127
Office:  +1.714.770.8040
Web:  www.aquilogic.com

## CURRICULUM VITAE

October 2023

# Anthony Brown

he/his/him

*Principal Hydrologist*

mobile:  +1.949.939.7160
email:  anthony.brown@aquilogic.com



### Disciplines

Hydrology, Hydrogeology, Water Resources, Water Quality, Water Supply, Drinking Water Treatment, Contaminant Source Identification, Contaminant Fate and Transport, Soil and Groundwater Remediation, Environmental Liability Management, Legal and Regulatory Strategy.

### Education

M.Sc.   Engineering Hydrology, Imperial College London, 1989
D.I.C.   Postgraduate diploma in Civil Engineering, Imperial College London, 1988
B.A.   Geography, King's College London, 1985

### Professional Experience

Anthony is a versatile and proficient professional with over 30 years of experience in hydrology, hydrogeology, water resources, water quality, fate and transport of contaminants, groundwater remediation, regulatory strategy, water resources evaluation, and water supply engineering.

Anthony has conducted and managed numerous groundwater resources projects, including:

- resource evaluation, development, and management
- water balance, storage capacity and safe yield analysis
- water rights disputes and adjudication
- marginal groundwater development (e.g., brackish water)
- aquifer storage and recovery (ASR)
- indirect potable reuse (IPR).

He has also implemented hundreds of hazardous waste site investigations, including sites with multiple potentially responsible parties (PRPs), complex hydrogeology and fate and transport, fractured rock, multiple contaminants, and co-mingled plumes.  This work has included detailed Remedial Investigation (RI) or Phase II characterization studies, groundwater flow and solute



transport modeling, Preliminary Endangerment Assessments, Human Health Risk Assessments, and remedial feasibility studies (FS), remedial system design and implementation.  Anthony has been involved in the design, testing, and permitting of drinking water treatment systems for impaired (contaminated) water sources.

Anthony has provided expert services to many prominent water and environmental law firms, the Attorneys General of California, New Jersey, Pennsylvania, Maryland, Ohio, North Carolina, and Puerto Rico, several County District Attorneys, and numerous City Attorneys' Offices.

Through his work for water utilities impacted by gasoline constituents (e.g. MTBE), chlorinated solvents (e.g. PCE, TCE), solvent stabilizers (e.g. 1,4-dioxane), soil fumigants (e.g. 1,2,3-TCP), chlorofluorocarbons (e.g. Freon 11, 12 and 113), perfluorinated compounds (i.e., PFAS), the rocket propellants perchlorate and NDMA, and hexavalent chromium, arsenic and other metals, Anthony has become a recognized expert in the fate, transport, and remediation of these compounds, and the protection of source waters from contamination by such recalcitrant chemicals.

Amongst other technical areas of expertise, he has also provided expert advice related to:
- groundwater resource development
- groundwater basin management
- California Sustainable Groundwater Management Act (SGMA)
- water rights and the development of physical solutions
- groundwater discharges and the Clean Water Act
- compliance with the Comprehensive Environmental Response Compensation and Liability Act (CERCLA) and National Contingency Plan (NCP)
- cleanup under the Resource Conservation and Recovery Act (RCRA)
- the environmental impact of oil field contaminants and their mitigation
- source identification and mitigation of bacteria and fecal contamination in coastal waters
- source identification and persistence of microplastics in coastal waters.

Through his extensive experience on "high-profile" projects, Anthony has developed an excellent working relationship with private and public sector clients, Federal, State, and local elected officials and government agency staff, the legal community, professional organizations, non-profit environmental organizations, and his colleagues in the environmental and water resources professions.

Anthony has also testified before the U.S. Senate and briefed White House staff, federal, State, and local elected officials and regulators, independent commissions, professional groups,



academic institutions, and the news media (including CBS 60 Minutes, National Public Radio [NPR] and local newspapers) on groundwater issues.

Beyond his US experience, Anthony has worked on projects in the United Kingdom, Ireland, Canada, Mexico, Costa Rica, Columbia, Ecuador, Yemen, Egypt, and Nepal.

### U.S. Senate Testimony and Briefings for Elected Officials

- Testimony before the U.S. Senate Committee on Environment and Public Works on "the Appropriate Role of States and the Federal Government in Protecting Groundwater", on April 18, 2018.
- Briefing for White House Officials and the Council on Environmental Quality on "the Impact of MTBE on Water Resources of the United States", in October 1997.
- Briefing for U.S. Senators Feinstein and Boxer on "MTBE Contamination of the City of Santa Monica Water Supply", in October 1997.
- Briefing for Assistant Administrators and other leadership at the US Environmental Protection Agency (EPA) on "the Impact of MTBE on Water Resources of the United States", in October 1997.
- Briefing of State Senator Sheila Kuehl, several Assembly members, leadership at the California Environmental Protection Agency (CalEPA) and State Water Resources Control Board (SWRCB) on "MTBE Contamination of the City of Santa Monica Water Supply", in 1997-1998

Anthony has also briefed the following on the impact of fuel oxygenates, chlorinated solvents, rocket propellants, metals, oil field activities, and bacteria on water quality:

- USEPA staff (Region IX)
- State Senators and Assembly Members
- State regulators
- Local officials (Mayors, council and board members, City attorneys, etc.)
- Independent Commissions
- Professional bodies (ABA, ACS, ACWA, AEHS, AGWA, NGWA, GRA, etc.)
- Academic institutions and many other organizations
- Media outlets (NPR, CBS 60 Minutes, local TV stations)

### Expert Consulting and Witness Services

Anthony is a respected, credible, and highly effective expert witness. He has testified at trial (blue text) on 14 occasions, including three times in Federal court. Anthony is currently scheduled to testify in another five trials during the next 18 months. Overall, he has been retained as an expert in over 80 matters related to water rights, water resources management,



and water pollution (including representing hundreds of parties in multi-district litigation [MDL]).  Anthony has provided deposition testimony (red text) on 40 occasions and these depositions have lasted from one to 32 days in length.

Active:

- Separate matters for several confidential State clients vs. 3M et al. (Contamination of natural resources [soil, surface water, groundwater, State-owned lands] by Per- and Polyfluoroalkyl substances [PFAS]) – Various State Superior Courts (discovery)
- Environmental NGO vs. Confidential California County et al (Public trust action related to discharges of groundwater that support stream flows and ecological habitat) – California Superior Court (discovery)
- Separate matters for numerous municipal and county water utilities and water management districts vs. DuPont er al. (Impact of PFAS on water supplies) – Various State Superior Courts (discovery)
- Landowner group vs. Confidential county water district (Pending adjudication of groundwater rights in several groundwater subbasins in Central California) – California Superior Court (pre-discovery)
- Andorra vs. Fabricure et al (Contamination of groundwater and soil gas beneath a large apartment complex associated with releases at an adjacent dry cleaners) – US District Court, Central District of California (discovery)
- Confidential Southern California City vs. Confidential Defendant (Impact of releases of perchlorate, 1,2,3-trichlorpropane [TCP], and solvents at an aerospace research and testing facility on municipal water supply wells) – California Superior Court, Los Angeles County (discovery)
- Confidential State client vs. Paint Manufacturer (Restoration of soil, sediment, groundwater, and surface water contaminated by discharges at a former paint manufacturing facility) – US District Court (discovery)
- Grimmway and Bolthouse Farms vs. numerous water right holders (water rights adjudication in the Cuyama Valley) – California Superior Court, Los Angeles County (discovery, deposition)
- Mobile Baykeeper vs. Alabama Power (Contamination of groundwater and surface water by coal combustion residual [CCRs] placed in a coal ash lagoon) – US District Court, Southern District of Alabama (discovery)
- Lanier Parkway Associates vs. Hercules Chemical (Ashland) (the impact of benzene and chlorobenzene contamination from a chemical facility on an adjacent commercial property) – Superior Court of Glynn County, Georgia (expert affidavit)
- College Park East vs. Midway City Sanitary District et al (groundwater contamination by chlorinated solvents at a former dry cleaner) - US District Court, Central District of California (discovery)



- TC Rich et al vs. Shaikh et al (chlorinated solvent contamination at a former small batch chemical distributor in Los Angeles) - US District Court, Central District of California (expert report, deposition)
- Mojave Pistachios et al vs. Indian Wells Valley Groundwater Authority (IWVGA) (challenge to the Groundwater Sustainability Plan [GSP] and associated pumping fees in a groundwater basin in eastern Kern County) – California Superior Court, Kern County (discovery)
- James J. Kim vs. L. Tarnol et al (chlorinated solvent contamination at a former dry cleaner in Glendale) – California Superior Court, Los Angeles County (discovery, expert affidavit)
- Oxnard Pleasant Valley Landowner Group v. Fox Canyon Groundwater Management Agency (water rights dispute) – California Superior Court, Los Angeles County (discovery)
- Stoll vs. Ewing et al (chlorinated solvent contamination at a former dry cleaner in Pleasanton) - US District Court, Northern District of California (discovery)
- San Luis Obispo Coastkeeper et al vs. Santa Maria Valley Water Conservation District et al (dispute over surface water flows to enhance steelhead habitat in the Santa Maria River watershed, Santa Barbara County) – US District Court, Central District of California (discovery)
- Mojave Pistachios vs. Indian Wells Valley Water District (IWVWD) et al (water rights dispute in eastern Kern County between agricultural interests and public water purveyors) – California Superior Court, Kern County (discovery)
- Santa Barbara Channel-keeper et al vs. City of San Buenaventura et al (adjudication of surface water and groundwater rights in the Ventura River watershed, Ventura County) – California Superior Court, Los Angeles (expert report, deposition)
- Commonwealth of Pennsylvania vs. ExxonMobil, et al (State-wide assessment of impact and damages associated with MTBE and TBA releases) – US Federal Court, Southern District of New York (expert reports, deposition [22 days])
- State of Maryland vs. ExxonMobil et al (State-wide assessment of impact and damages associated with MTBE and TBA releases in Maryland) – US Federal Court, Southern District of New York (discovery)
- Steinbeck Winery et al vs. City of Paso Robles et al (Quiet title action brought by a group of wineries against the public water agencies to adjudicate water rights) - California Superior Court, San Jose (deposition, Phase 2 and Phase 3 trial testimony, Phase 4 pending)
- Various individuals vs. San Luis Obispo County et al (Trichloroethene [TCE] contamination in groundwater and water supply wells in a community adjacent to a County-operated airport) – California Superior Court, San Luis Obispo (litigation stayed)
- Commonwealth of Puerto Rico vs. Shell Oil Co., et al (Island-wide assessment of impact and damages associated with MTBE and TBA releases in Puerto Rico) – US Federal Court, Southern District of New York (expert reports, deposition [10 days])
- City of Fresno vs. Shell Chemical et al (1,2,3-TCP contamination of groundwater resources and water supply wells) – California Superior Court (discovery)



- New Jersey Department of Environmental Protection (NJDEP) vs. Sunoco et al (State-wide assessment of impact and damages associated with MTBE and TBA releases in New Jersey) – US Federal Court, Southern District of New York (expert reports, deposition [17 days], hearing testimony)
- Orange County Water District (OCWD) vs. Sabic Innovative Plastics et al (Chlorinated solvent, 1,4-dioxane and perchlorate contamination of groundwater resources from various sites in Orange County, California) – California Superior Court, Orange County (expert reports, deposition [32 days], trial testimony)
- City of Modesto vs. Vulcan Chemical et al (perchloroethylene [PCE] releases from numerous dry cleaners contaminating drinking water wells and groundwater resources) – California Superior Court, San Francisco (expert reports, deposition [25 days], trial testimony [twice])

Past:
- Town of Ayer, MA vs. 3M et al. (Trial site in multi-district litigation [MDL] for over 200 cases related to the impact on water supplies by PFAS) – US District Court, District of South Carolina (expert report, deposition, $13.5 B settlement)
- City of Lincoln vs. Placer County (CERCLA cost recovery action for contamination at a former landfill) – US District Court, Eastern District of California (expert report, deposition, settled)
- City of Stuart, FL vs. 3M et al. (Trial site in MDL for over 200 cases related to the impact on water supplies by PFAS) – US District Court, District of South Carolina (expert report, deposition, $13.5 B settlement)
- Las Posas Valley Water Rights Coalition et al vs. Fox Canyon Groundwater Management Agency et al (adjudication of water rights in the Las Posas Groundwater Basin, Ventura County) – California Superior Court, Santa Barbara County (expert reports, deposition, Phase 2 and Phase 3 trial testimony, favorable final statement of decision)
- City of Sioux Falls, SD vs. 3M et al. (Trial site in MDL for over 200 cases related to the impact on water supplies by PFAS) – US District Court, District of South Carolina (expert report, deposition, $13.5 B settlement)
- Goleta Water District vs. Slippery Rock Ranch (water rights dispute in central California between an avocado ranch adjacent to an adjudicated groundwater basin) – California Superior Court, Santa Barbara (expert reports, deposition, settled)
- Friends of Riverside Airport vs. Department of the Army et al (CERCLA cost recovery action for poly-chlorinated biphenyl [PCB] contamination at a former wastewater treatment plant in Riverside, California) US District Court, Central District of California (expert report, deposition, case dismissed on summary judgment)
- City of Corona vs. Dow Chemical et al (1,2,3-TCP contamination of groundwater resources and water supply wells) – US District Court, Southern District of California (settled)



- Black Warrior Riverkeeper et al vs. Drummond Coal (acid mine drainage from a former coal mine impacting a tributary of the Black Warrior River, Alabama) – US Federal Court, Middle District of Alabama, Birmingham (expert report, deposition, settled)
- City of Riverside vs. Goodrich et al (perchlorate contamination of groundwater resources and water supply wells) - California Superior Court (expert declaration, deposition)
- Bakman Water Company vs. Dow Chemical et al (1,2,3-TCP contamination of groundwater resources and water supply wells) – US District Court, Central District of California (settled)
- Borrego Water District (water rights dispute and physical solution) – California Superior Court, San Diego (stipulated adjudication)
- Charleston Waterkeeper and South Carolina Coastal Conservation League vs. Frontier Logistics (lawsuit over polyethylene nurdle pollution in and around Charleston Harbor) - US District Court, Charleston District of South Carolina (expert report, settled)
- City of Arcadia vs. Dow Chemical et al (1,2,3-TCP contamination of groundwater resources and water supply wells) – US District Court, Central District of California (expert report, settled)
- City of Upland vs. Dow Chemical et al (1,2,3-TCP contamination of groundwater resources and water supply wells) – US District Court, Central District of California (expert report, settled)
- San Miguel Electric Cooperative vs. Peeler Ranch (contamination of soil, surface water and groundwater beneath a ranch from a lignite mine and coal-fired power plant) – Texas Superior Court, 218th District (expert report, deposition, hearing testimony, settled)
- Sunnyslope Water Company vs. Dow Chemical et al (1,2,3-TCP contamination of groundwater resources and water supply wells) – US Federal Court, Southern District of California (expert report, settled)
- City of Hemet vs. Dow Chemical et al (1,2,3-TCP contamination of groundwater resources and water supply wells) – US Federal Court, Southern District of California (expert report, settled)
- Sierra Club et al vs. Dominion Energy (contamination of groundwater and surface water resources by coal combustion residuals [CCRs] from ash ponds) – US Federal Court, Eastern District of Virginia (expert report, deposition, trial testimony)
- Sunny Slope Water Company vs. Dow Chemical et al (1,2,3-TCP contamination of groundwater resources and water supply wells) – California Superior Court, Los Angeles County (settled)
- Greenfield et al vs. Ametek Aerospace et al (solvent contamination in groundwater beneath three mobile home parks) – US Federal Court, Southern District of California, San Diego (expert report, deposition, settled)
- Golden State Water Company vs. Dow Chemical et al (1,2,3-TCP contamination of groundwater resources and water supply wells in Nipomo and Claremont) – US Federal Court, Southern District of California (expert report, settled)
- National Association for the Advancement of Colored People (NAACP) vs. Duke Energy (coal ash contamination of groundwater, sediments, and surface waters at the Belews Creek coal-fired power plant) – US Federal Court, Middle District of North Carolina (expert report, settled)



- City of Atwater vs. Shell Chemical et al (1,2,3-TCP contamination of groundwater resources and water supply wells) – California Superior Court (expert report, deposition, trial testimony)
- State of Vermont vs. ExxonMobil et al (State-wide assessment of impact and damages associated with MTBE and TBA releases in Vermont) – US Federal Court, Southern District of New York (settled)
- Trujillo et al vs. Ametek Aerospace et al (solvent contamination in groundwater beneath an elementary school) – US Federal Court, Southern District of California, San Diego (expert report, deposition, settled)
- Roanoke River Basin Association vs. Duke Energy (coal ash contamination of groundwater, sediments, and surface waters at two coal-fired power plants: Mayo and Roxboro) – US Federal Court, Middle District of North Carolina (expert report, deposition, settled)
- OCWD vs. Unocal et al (MTBE and TBA contamination of groundwater resources from service station sites in Orange County, California) – US Federal Court, Southern District of New York (expert reports, deposition [12 days], settled)
- State of North Carolina vs. Duke Energy (administrative hearing related to coal ash contamination at six power plants) – North Carolina Superior Court (settled)
- City of Clovis vs. Dow Chemical et al (1,2,3-TCP contamination of groundwater resources and water supply wells) – California Superior Court (expert report, deposition, trial testimony)
- San Juan Hills Golf Course vs. City of San Juan Capistrano et al (suit filed over groundwater pumping in the San Juan Basin) – California Superior Court, Orange County (settled)
- City of Tulare vs. Dow Chemical et al (1,2,3-TCP contamination of groundwater resources and water supply wells) – California Superior Court (settled)
- State of California vs. Columbia Casualty Company et al (perchlorate and solvent contamination at the Stringfellow Acid Waste disposal pits in Glen Avon) – California Superior Court (expert report, settled)
- City of Delano vs. Crop Production Services (CPS) et al (Nitrate contamination of water supply wells) - California Superior Court (settled)
- Laborers' International Union of North America Local Union No. 783 v. Santa Margarita Water District et al. (Review of the groundwater hydrology of the Cadiz project, San Bernardino County) - California Superior Court, Orange County (independent expert report, settled)
- Southern California Water Company vs. Aerojet General Corp. (TCE, perchlorate and NDMA contamination of drinking water supplies in Rancho Cordova, California) – California Superior Court, Sacramento District (expert report, deposition, settled)
- The City of Stockton Redevelopment Agency (RDA) vs. Conoco-Phillips et al (petroleum hydrocarbon contamination at former oil terminals) – California Superior Court (deposition, settled)
- PK Investments vs. Barry Avenue Plating (hexavalent chromium and solvent contamination of soil and groundwater) - California Superior Court, Los Angeles District (deposition, settled)



- City of Santa Monica, California vs. Shell et al (MTBE contamination of drinking water supplies) – California Superior Court, Orange County District (expert report, deposition, settled)
- State of California vs. Joint Underwriters (perchlorate and solvent contamination at the Stringfellow Acid Waste disposal pits in Glen Avon) – California Superior Court (expert report, deposition, settled)
- Community of Broad Creek, North Carolina vs. BP Amoco et al (MTBE, benzene and 1,2-DCA contamination of private water supply wells) – North Carolina Superior Court (deposition, settled)
- South Tahoe Public Utility District, California vs. ARCO et al (MTBE contamination of drinking water supplies) - California Superior Court, San Francisco (expert report, deposition [13 days], trial testimony)
- Private well owners in 18 reformulated gasoline (RFG) states vs. various oil companies (class action related to MTBE) - US Federal Court, New York District (deposition, class certification hearing)
- Individual plaintiffs vs. Lockheed Corporation (TCE and perchlorate contamination of drinking water supplies in Redlands, California) – California Superior Court, Los Angeles District (deposition, settled)
- City of Norwalk vs. Five Point U-Serve et al (1.2-DCA contamination of a municipal drinking water well) – California Superior Court (deposition, case dismissed)
- Forest City Corp. vs. Prudential Real Estate (PCE contamination of soil and groundwater) – California Superior Court, Los Angeles District (deposition, trial testimony)
- Huhtamaki vs. Ameripride (chlorinated solvent contamination at a commercial dry cleaner/ laundry facility) – California Superior Court, Sacramento District (expert report, deposition, settled)
- Consolidated Electrical Distributors (CED) vs. Hebdon Electronics et al (chlorinated solvent contamination in fractured granite) - California Superior Court, North San Diego District (expert report, deposition, trial testimony)
- Southern California Water Company vs. various parties (water rights petition and adjudication for the American River, Sacramento, California) – State Water Resources Control Board, Sacramento
- The City of Santa Monica, California vs. ExxonMobil Corporation (MTBE contamination of drinking water supplies) – California Superior Court (designated, settled, retained as consultant to both parties for remedy implementation)
- The town of Glenville, California vs. various parties (MTBE contamination of drinking water supplies in Kern County, California) - California Superior Court (designated, settled)
- Great Oaks Water Company vs. Chevron and Tosco (MTBE contamination of drinking water supplies in San Jose, California) - California Superior Court (designated, settled)



- Orange County District Attorney's Office vs. ARCO et al (Underground Storage Tank [UST] violations, and MTBE contamination of soil and groundwater) - California Superior Court (designated, settled)
- Cambria Community Services District (CCSD) vs. Chevron et al (MTBE impact to drinking water supplies) in San Luis Obispo County, California - California Superior Court (designated, settled)
- Los Osos Community Services District (CCSD) vs. Chevron et al (MTBE impact to drinking water supplies) in San Luis Obispo County, California - California Superior Court (designated, settled)
- The town of East Alton, Illinois vs. various parties (MTBE contamination of drinking water supplies) – Illinois Superior Court, Jefferson County (designated, settled)
- The City of Dinuba vs. Tosco et al (MTBE contamination of groundwater resources) - California Superior Court (expert report, settled during deposition)
- Stella Stephens vs. Bazz-Houston et al (chlorinated solvent contamination at an active metal finishing facility in Garden Grove, California) - California Superior Court (designated, settled)
- Communities for a Better Environment (CBE) vs. Chrome Crankshaft (hexavalent chromium and TCE contamination beneath a chrome plating facility and adjacent school) - California Superior Court (designated, settled)
- California Attorney General's Office vs. Unocal (Natural Resource Damage Assessment [NRDA] at a former oil field in the central coast of California) - California Superior Court (designated, settled)
- Phillips Petroleum Corporation vs. private property owner (contamination from a former oil well in Signal Hill, California) - California Superior Court (designated, settled)
- Mobil Oil Corporation vs. private property owner (contamination from a former bulk fuel plant in the Bay Delta area) – California Superior Court (designated, settled)
- Mobil Oil Corporation vs. terminal operator (contamination from a former bulk fuel plant in Monterey area) – California Superior Court (designated, settled)

**General Project Experience**

Anthony has acted as the Principal in Charge, Project Manager (PM), Quality Assurance (QA) Manager and/or Principal Review for the following ongoing or recently completed projects:

***Current Water Resources Projects***

- Assessment of groundwater discharges that support stream flows and aquatic habitat in northern California – Confidential Client
- Evaluation of Hydrologic Conditions, Safe Yield, and Management Actions in the Cuyama Basin – Confidential Client
- Evaluation of groundwater conditions, including groundwater in storage and safe yield, and management actions in a basin subject to SGMA – Confidential Client
- Assessment of Water Source Reliability, Both Yield and Quality, for a Large Water Supply Project in South Florida – Confidential Client



- Analysis of Basin Hydrology, Recharge, Water Budgets, and Inter-Basin Flows in the Mojave River Basin – Confidential Client
- Review of the Effect of Releases from a Reservoir on Surface Water Flows Intended to Enhance California Steelhead Habitat, and the Potential Impact on Groundwater Recharge – City of Santa Maria, Golden State Water Company
- Evaluation of the Effects of Aquifer Connectivity and Well Bore Leakage on Salt Water Intrusion in the Upper Salinas Basin – Confidential Client
- An Investigation of the Hydrology of Perennial Spring in the Mojave Desert, as it Relates to Potential Impact from a Groundwater Resource Development Project - Three Valleys Municipal Water District
- Consulting Support Related to the Implementation of SGMA in the Pleasant Valley and Oxnard Plain Groundwater Basins, Pleasant Valley County Water District, Guadalasca Mutual Water Company.
- Consulting Support for a Surface Water and Groundwater Rights Dispute in the Ventura River Watershed – Group of Confidential Landowners
- Support Related to a New Car Manufacturing Plant in Huntsville, Alabama, and potential impact on habitat for an endangered species of fish – Center for Biological Diversity
- Review of the Groundwater Monitoring, Management, and Mitigation Plan (GMMMP) for the Cadiz Water Conservation Project – Three Valleys Municipal Water District
- Groundwater Consulting Support to an Agricultural Business in southeast Kern County Located within a Partially Adjudicated Basin – SunSelect
- Strategic Groundwater Consulting Support to a Large Golf Resort Located in a Desert Groundwater Basin Subject to Critical Overdraft under SGMA – Rams Hill GC
- Assessment of Water Resources at Oil Fields Throughout California and the Development of Produced Waters as an Alternate Water Supply – California Resources Corporation (CRC)
- Support Related to SGMA, Possible Adjudication, and Overall Groundwater Management Strategy for a Municipality in Southern California – Confidential Municipal Client
- Consulting Support for a Groundwater Rights Adjudication in the Las Posas Groundwater Basin, Ventura County – Group of Large Landowners
- Support Related to SGMA, Salinity Management, Alternate Water Sources, and Overall Groundwater Management Strategy for a Grower in the Bay-Delta – Wonderful Orchards
- Evaluation of the Feasibility of Using Brackish Groundwater and Oilfield Produced Water as an Alternate Water Supply for a Basin in Critical Overdraft – Northwest Kern Brackish and Oilfield (BOF) Water Study Group
- Support Related to SGMA, Possible Adjudication, and Overall Groundwater Management Strategy for a Large Water District in the Central Valley – Confidential Water District Client
- Water Rights Dispute Between a Water District and an Avocado Ranch in Central California – Slippery Rock Ranch

aqui**logic**

- Evaluation of the Feasibility of Using Brackish Groundwater as an Alternate Water Supply for a Closed Desert Basin in Critical Overdraft – Indian Wells Valley Brackish Water Study Group
- Development of a Plan for an Adjudication of Water Rights in a Desert Basin and the Principles of a Groundwater Management Plan (i.e., Physical Solution) – Confidential Water District Client
- Support Related to SGMA for Water Districts on the West Side of Kern County, Including the Creation of Defined Groundwater Management Areas – Westside District Water Authority
- Support to Agricultural Interests in the "White Areas" in Madera County with Respect to the Implementation of the California Sustainable Groundwater Management ACT (SGMA) – Madera County Farm Bureau
- Evaluation of Water Supply Options, Including New Water Supply Wells, for a Major Oilfield in West Fresno County – CRC
- Development of a Water Budget for a Baseline Period, and Evaluation of Native Safe Yield, Annual Operating Safe Yield, Historical Pumping, and Conditions of Overdraft as Part of a Water Rights Dispute in the Central Coast of California – City of Paso Robles
- Design and Permitting of an Aquifer Storage and Recovery (ASR) Project for Indirect Potable Reuse (IPR) of Tertiary Treated Municipal and Industrial Wastewater – City of Fresno
- Assessment of Increased Pumping at a Data Center and the Impact on Nearby Municipal Water Supply Wells in Charleston, South Carolina – Southern Environmental Law Center (SELC)
- Litigation Support and Development of Groundwater Management Approaches as an Alternative to Compliance with the Sustainable Groundwater Management Act – Confidential Water District Client, Southern California
- Groundwater Management Support to a Very Large Agribusiness with Over 170,000 Acres of Almonds, Pistachios, Mandarins, Pomegranates, and Grapes in the San Joaquin Valley - Wonderful Orchards
- Evaluation of Groundwater Conditions and Quality, and The Degree of Hydraulic Connection Between Groundwater Basins, as Part of a Water Rights Dispute in the Central Coast of California – City of Paso Robles
- Development of a Water Supply Well Drilling Ordinance and Valuation of Water Rights for a Confidential Municipality in Southern California
- Support for a Major Agricultural Interest with Holdings in Four Separate Groundwater Basins in Relation to the Implementation of SGMA – RTS Agribusiness
- Development of a New Water Supply Well Field, Including Compliance with California Division of Drinking Water (DDW) Policy 97-005 (Impaired Source Policy), and Evaluation of Groundwater Contamination at a Nearby Aerospace Facility – City of Torrance
- Evaluation of Aquifer Characteristics and Groundwater Conditions Related to the Reinjection of Oil Field Produced Water and Development of a Strategy to Obtain an Aquifer Exemption – Confidential Oil Company



- Development of a recycled water program (including possible aquifer storage and recovery [ASR]/salt-water intrusion program) using advanced treatment of a blend of brackish groundwater and urban storm-water – City of Santa Monica
- Membership of the Technical Advisory Committee (TAC) of a Cooperative Groundwater Group that will Become a Groundwater Sustainability Agency (GSA) – Indian Wells Valley
- Evaluation of Basin Hydrogeology, Groundwater Conditions, Water Quality, and Well Production in a Riparian Coastal Basin in Southern California – City of San Juan Capistrano
- Investigation and Development of Alternate Groundwater Supplies for an Agricultural Interest with Land Holdings in an Arid California Valley – Mojave Pistachios
- Development of a 50,000 acre-foot per year (AFY) ASR Project in the Eastern Portion of a Large Agricultural Valley in Southeast California – Confidential Client
- Review of the Groundwater Hydrology of the Cadiz Project – an independent expert report prepared for Orange County Superior Court in re: Laborers' International Union of North America Local Union No. 783 v. Santa Margarita Water District et al.

***Petroleum Hydrocarbons***
- Assessment of the Impact of MTBE/TBA Contamination of Water Resources in the State of Vermont, Including Contamination at Release Sites, Public Water Supply Wells, and Private Domestic Wells – State of Vermont
- Contamination of soil vapor and groundwater beneath an apartment complex associated with releases of oxygenated fuels and solvents at an active gasoline service station – Confidential Client
- Evaluation of Produced Water Management Options for Two Active Oil Fields in Southern California, including Treatment and Beneficial Use - CRC
- Assessment of the Impact of MTBE/TBA Contamination of Groundwater Resources in the State of Maryland, and Development of Costs to Address the Contamination at Release Sites, Public Water Supply Wells, and Private Domestic Wells – State of Maryland
- Investigation of Petroleum Hydrocarbon Contamination Related to Releases at a Pipeline that Crosses a Large Ranch in the Central Coast of California – Twin Oaks Ranch
- Assessment of Petroleum Contamination from a Large Pipeline Release that is Discharging to Two Streams and a Wetland in Belton, South Carolina – Southern Environmental Law Center (SELC)
- Evaluation of Contamination by Petroleum Hydrocarbons from a Pipeline Release at a Large Ranch/Winery in the Central Coast of California, and Development of a Conceptual Remedial Program and Costs to Implement – Santa Margarita Ranch, California
- Assessment of the Impact of MTBE/TBA Contamination of Groundwater Resources in the State of Pennsylvania, and Development of Costs to Address the Contamination at Release Sites, Public Water Supply Wells, and Private Domestic Wells – Commonwealth of Pennsylvania



- Investigation and Remediation of MTBE/TBA and Petroleum Hydrocarbon Contamination (using surfactant enhanced product recovery) at a Maintenance Facility in Hawthorne, California – Golden State Water Company
- Assessment of the Effectiveness of Site Investigation and Remediation Activities, Investigation of Off-Site Groundwater Contamination by MTBE/TBA, and Development of Remedial Programs (and Costs) at "Bellwether" Trial Sites - Orange County Water District
- Evaluation of Contaminant Conditions and Prior Site Investigation and Remediation Activity, Implementation of Off-site Investigations, and Development of Remedial Programs and Associated Costs to Address MTBE/TBA Contamination at Trial Sites in Puerto Rico – Commonwealth of Puerto Rico
- Assessment of Site Investigation and Remediation Activities, Investigation of Off-Site Groundwater MTBE/TBA Contamination, and Development of Remedial Programs (and Costs) at Trial Sites – New Jersey Department of Environmental Protection (NJDEP)
- Environmental Impact Report (EIR) and Baseline Environmental Assessment at a Proposed Oil Field Redevelopment Project, Southern Iraq - Confidential Client
- Development of a Remediation Approach and Costs for Soil and Groundwater Contamination at Two Former Petroleum Terminals – Stockton Redevelopment Agency
- Assessment of the Nature of Contamination and the Costs to Address this Contamination at a Former Municipal Landfill in San Diego County – Confidential Client
- Evaluation of Contaminant Sources, and the Fate and Transport of MTBE, 1,2-DCA and Benzene to Numerous Private Water Supply Wells in the Community of Broad Creek, North Carolina
- Assessment of the Effectiveness of Site Investigation and Remediation Activities to Address MTBE/TBA/Benzene Contamination at ARCO and Thrifty Service Stations Throughout Orange County, California - Orange County District Attorney's Office
- Evaluation of Contaminant Sources, Fate, Transport, and Impact of MTBE and TBA to Public Water Supplies, and the Costs to Treat these Contaminants, in the town of East Alton, Illinois
- Court Appointed Consultant to Develop Site Investigation Programs for MTBE/TBA/Benzene Contamination at 35 Thrifty Service Stations in Orange County
- Impact and Mitigation of Oil Field Contaminants at the Belmont Learning Center – Los Angeles Unified School District (LAUSD) - Belmont Commission
- Investigation, PRP Identification, Remediation and Restoration of Municipal Well Fields Impacted by MTBE Contamination – City of Santa Monica (Charnock Well Field), South Lake Tahoe Public Utility District (STPUD), Santa Clara Valley Water District (SCVWD), Great Oaks Water Company
- Oversight of Oil Company Investigation and Remediation Programs in Honolulu Harbor, Hawaii – US Environmental Protection Agency (USEPA)
- Assessment of Oil Field Contaminants in Relation to High Incidences of Leukemia and non-Hodgkins Lymphoma at a High School in Southern California – Confidential Client



- Evaluation of Fuel Releases and Their Impact upon Groundwater Resources at Service Stations, Bulk Plants, Fuel Terminals and Refineries Throughout California – Confidential Client
- Complete Restoration of Municipal Water Supply Wells Contaminated with MTBE – City of Santa Monica (Arcadia Well Field) and ExxonMobil Corporation
- Preliminary Environmental Assessment (PEA) at the Hull Middle School - located on a former oil field and landfill - Torrance Unified School District (TUSD), California
- Oversight of Investigation and Remediation Activities for a MTBE Release at a Service Station and the Potential Impact on a City's Water Distribution System – City of Oxnard, California
- Investigation of MTBE Contamination of Water Supply Wells and Other Petroleum Hydrocarbon Contamination at a Marine Fueling Depot on Catalina Island – Southern California Edison
- Impact of MTBE Releases at Service Stations and a Bulk Fuel Terminal on Drinking Water Wells and Groundwater Resources - City of Dinuba, California
- Oversight of a Court-ordered MTBE/TBA Plume Delineation Program at Gasoline Service Stations in Orange County, California – OCDA, California
- Oversight and Investigation of Remediation of MTBE Contamination Impacting Drinking Water Supplies in the Towns of Cambria and Los Osos/Baywood Park, California – Cambria Community Services District (CCSD), Los Osos Community Services district (LOCSD), Cal-cities Water Company
- Assessment of the Impact of an MTBE Release on Water Supply Wells, Sewers, and a Wastewater Treatment Plant – City of Morro Bay, California
- Investigation and Remediation of an MTBE Release in the Immediate Vicinity of a Drinking Water Supply Well - City of Cerritos, California
- Assessment of the Impact of Petroleum Hydrocarbon Contamination from a Wolverine Pipeline Release in Jackson, Michigan – Private Property Owner
- Investigation of Fuel Oil LNAPL and Hexavalent Chromium Contamination at a Former Clay Products Manufacturing Facility in Fremont, California – Mission Clay Products
- Assessment of the Impact of MTBE Releases on Water Supply Wells, and Oversight of Responsible Party (RP) Investigation and Remediation Activities - Soquel Creek Water District, California
- MTBE Contamination of Private Drinking Water Supplies and Development of Water Supply Treatment and Replacement Alternatives – Glenville, California
- Assessment of the Impact of MTBE on Drinking Water Supply Wells in Santa Clara County, California – Great Oaks Water Company (GOWC)
- Assessment of Data Gaps and Research Needs Regarding MTBE Impact to Water Resources – UK Environment Agency
- Investigation and Mitigation of the Impact of Oil Field Contaminants on a Large Apartment Complex in Marina del Rey, Los Angeles, California – Confidential Client



- Investigation and Remediation of Methane and Hydrogen Sulfide as Part of the Redevelopment of a Former Oil Field in Carson, California - Dominguez Energy/Carson Companies
- Assessment of Methane and Petroleum Hydrocarbon Contamination at a Former Oil Field in Santa Fe Springs, California – General Petroleum
- Natural Resource Damage Assessment (NRDA) at the Guadalupe Oil Field, California - State of California (Department of Fish and Game [DFG], Oil Spill Prevention and Response [OSPR], Attorney General and Regional Water Quality Control Board [RWQCB])
- Assessment of the Impact of Oil Field Activities on Surface Water and Groundwater Resources in the Central Coast of California – State of California
- Groundwater Investigation and Remediation at Four Petroleum Terminals in Wilmington, Carson, and San Pedro, California - GATX
- Research into Technologies for Treatment of MTBE in Water - Association of California Water Agencies (ACWA) / Western States Petroleum Association (WSPA) / Oxygenated Fuels Association (OFA)
- Characterization and Remediation of a Hydrocarbon Release (including MTBE) from a Refined Product Pipeline in Fractured Bedrock in Illinois – Shell
- Investigation and Remediation of Petroleum Hydrocarbon Contamination Beneath a City Maintenance Yard and City Bus Yard – City of Santa Monica, California
- Investigation and Remediation of a Gasoline Release (including MTBE) in Fractured Bedrock Resulting from a Catastrophic Tank Failure – Intrawest Ski Resorts, California
- Assessment of LNAPL, Aromatic Hydrocarbon, and Chlorinated Solvent Contamination Beneath a Former Waste Disposal Facility in Santa Fe Springs, California – Confidential Client
- Investigation of Soil and Groundwater Contamination at a Fueling Facility at a Municipal Airport – City of Santa Monica, California
- Pipeline Leak Investigation and Remedial Design - Mobil Pipeline, Ft. Tejon, California
- Investigation of a Petroleum Release in Fractured Bedrock - Chevron, Julian, California
- Contribution of Multiple Sources to Groundwater Contamination – Mobil Oil Corporation, La Palma, California
- Forensic Assessment of a Gasoline Release – Mobil Oil Corporation, Santa Monica, California
- Investigation of a Diesel Fuel Release – General Petroleum, Point Hueneme, California
- Service Station Investigations and Remediation (> 60 sites) - Mobil Oil Corporation, World Oil, Los Angeles County Metropolitan Transportation Authority (LACMTA), and Others
- Assessment of a Crude Release from a Former Pipeline - Mobil Oil, Gorman, California
- Remediation of 2,000,000-gallon (7,560 m$^3$) LNAPL Spill - Gulf Strachan Gas Plant, Alberta



*Curriculum Vitae: Anthony Brown*
*October 2023*

***Chlorinated Compounds***

- Evaluation of PFAS Contaminant Sources, Extent of Contamination, Fate and Transport, Persistence of Impact at Water Supply Wells, and Selection of Remedial Actions for Release Sites – Confidential Municipal Client, Florida
- Evaluation of soil vapor and groundwater contamination beneath a large apartment complex associated with releases at an adjacent dry cleaner – Confidential Client
- Determination of Damages Associated with PFAS, including Remediation of Soil and Groundwater Contamination, for Several Confidential State Attorneys General
- Assessment of Contaminant Sources, Release Location and Timing, Soil and Groundwater Contamination, and Remedial Actions at a Dry Cleaners in Pleasanton, California – Confidential Property Owner
- Investigation of Numerous PFAS Contaminant Sources, Extent of Contamination, Fate and Transport, and Persistence of Impact at Two Separate Water Supply Well Fields – Confidential Municipal Client, Massachusetts
- Evaluation of Groundwater Contamination at an Aerospace Facility in El Cajon, the Threat to Water Supply Wells, and Vapor Intrusion Concerns at Overlying Properties – Confidential Client
- Investigation of Chlorinated Solvent Contamination of Soil and Groundwater at a Dry Cleaners in Orange County, California – Midway City Sanitation District
- Assessment of PFAS Contaminant Sources, Extent of Contamination, Fate and Transport, Persistence of Impact at Water Supply Wells, and Selection of Remedial Actions for Release Sites – Confidential Municipal Client, South Dakota
- Analysis of Site Operating Records and Soil and Groundwater Contaminant Data to Identify Contaminant Release Locations, Fate and Transport of Contamination, and Remedial Options at a Dry Cleaners in Glendale, California – Confidential Property Owner
- Investigation of Groundwater Contamination and Potential Sources for TCE Contamination in Groundwater and Water Supply Wells in a Community Adjacent to a County-Operated Airport – Confidential Client
- Evaluation of Poly-Chlorinated Biphenyls (PCBs) in Storm Water and the Impact on Groundwater Resources and the Use of Treated Storm Water for Aquifer Recharge and Saline Intrusion Barriers – Confidential Municipal Clients
- Investigation of Chlorinated Solvent Contamination and Implementation of an Extended Remediation Pilot Study at a Chemical Distribution Facility in Los Angeles, California – Pacifica Chemical Corporation
- Assessment of the Effectiveness of Site Investigation and Remediation Activities, Investigation of Off-Site Groundwater Contamination, and Development of Remedial Programs (and Costs) at Solvent "Source Sites" in the South Basin Groundwater Protection Project (SBGPP) - Orange County Water District



- Consulting Support to a Community Adjacent to the Santa Susana Field Laboratory (SSFL), a Facility Previously Used to Test Rockets – Bell Canyon Homeowners Association
- Investigation of Groundwater Contamination by Perfluorinated Compounds (e.g., PFOA, PFOS) and its Impact on Public Water Supplies in Southeastern North Carolina – Confidential Client
- Investigation of Chlorinated Solvent and Petroleum Hydrocarbon Contamination and Implementation of an Extended Remediation Pilot Study at a Small-Batch Chemical Distribution Facility in Santa Fe Springs, California – Angeles Chemical Corporation
- Evaluation of Contaminant Distribution and Fate, and Development of a Remedial Approach and Costs, for Chlorinated Solvent Contamination in Groundwater at a Light Industrial Facility in Northridge, California – Confidential Client
- Project Management Consultant (PMC) for the Hazardous Substances Account Act (HSAA) Program (i.e., State-CERCLA) as part of the SBGPP – Orange County Water District
- Assessment of Conceptual Hydrogeology and the Sources of 1,2-DCA and PCE Contamination of a Large Public Water Supply Well – Confidential Client
- Investigation and Remediation of Chlorinated Solvent Contamination in Soil and Groundwater Beneath a Metal Finishing Facility in Inglewood, California – Bodycote Hinterliter and Joseph Collins Estate.
- Investigation and Remediation of Soil and Groundwater Contamination at a Former Wood Treating Facility – Port of Los Angeles
- Assessment of the Nature of PCE Releases from Dry Cleaning Facilities, the Impact Upon Groundwater Resources, and the Cost of Remediation – City of Modesto, California
- Investigation of Chlorinated Solvent Contamination in Soil, Groundwater and Drinking Water Supplies Beneath Various Facilities in Lodi, California – Confidential Client
- Investigation of TCE and Hexavalent Chromium Contamination at the Suva School in Montebello, California – Communities for a Better Environment
- Remediation of Chlorinated Solvents, Including Vinyl Chloride, in Soil and Groundwater Beneath a Former Aerospace Facility in West Los Angeles, California – Playa Vista Capital
- Assessment of Chlorinated Solvent and Hexavalent Chromium Contamination at an Active Metal Finishing Facility in the City of Garden Grove, California – Confidential Client
- Investigation and Remediation of Hexavalent Chromium and TCE Contamination at an Active Plating Facility in West Los Angeles – confidential client
- Contamination of Drinking Water Supplies by TCE and Perchlorate from an Aerospace Manufacturing Facility in Redlands, California – Individual Plaintiffs
- Investigation and Remediation of Hexavalent Chromium, TCE, and Gasoline LNAPL Contamination at an Active Plating Facility in Santa Fe Springs, California – Confidential Client
- Investigation and Remediation of Hexavalent Chrome and TCE Contamination at the Los Angeles Academy (formerly Jefferson) Middle School, Los Angeles, California – Jefferson Site PRP Group



- Evaluation of Groundwater and Contaminant Conditions at an Active Municipal Landfill in Los Angeles County, California – Browning Ferris Industries (BFI)
- Investigation of Chlorinated Solvent Contamination in Groundwater Beneath a Municipal Airport – City of Santa Monica, California
- Resource Conservation and Recovery Act (RCRA) Facility Assessment and Closure for a Large Aerospace Facility in Hawthorne, California – Northrop Grumman Corporation
- Characterization of Complex Hydrogeology and Contaminant Fate and Transport (with Poly-chlorinated Biphenyls [PCBs] and Chlorinated Solvents) in Karstic Bedrock at a Site on the National Priority List (NPL) in Missouri – MEW PRP Steering Committee
- Design of a Groundwater Remediation Program for Chlorinated Solvent, Perchlorate and Other Contaminants Utilizing Existing Drinking Water Wells – San Gabriel Valley Water Company (SGVWC)
- Investigation of a Chlorinated Solvent Release in Fractured Bedrock – Consolidated Electrical Distributors, San Diego, California
- Contamination of Drinking Water Supplies by TCE from an Aerospace Manufacturing Facility in Redlands, California – Individual Plaintiffs
- Investigation of a Chlorinated Solvent Release at an Active Chemical Terminal - GATX, San Pedro, California
- Technical and Regulatory Assistance, and RP Oversight and Review, Chlorinated Solvent Contamination Beneath a Former Aerospace Facility – City of Burbank, California
- Investigation and Remedial Design for a Chlorinated Solvent Release at an Active Machine Shop – Mighty USA, Los Angeles, California
- Remediation of Chlorinated Solvents in Groundwater as Part of a Rail Freight Transfer Terminal Development - Port of Los Angeles, California
- Remedial Evaluation of PCE Contamination at a Former Scientific Instruments Manufacturing Facility – Forest City, Irvine, California
- Evaluation of a Chlorinated Solvent Release at a Dry Cleaners - Los Angeles City Attorney, West Los Angeles, California
- Assessment of a Chlorinated Solvent Release from Former Dry Cleaners – DeLoretto Plaza, Santa Barbara, California
- Characterization and Remediation of LNAPL at an Active Chemical Refinery - ICI, Teeside, UK

***Perchlorate***
- Assessment of contaminant sources and extent, fate, and persistence of groundwater contamination associated with releases of perchlorate, 1,2,3-TCP, and solvents at an aerospace research and testing facility – Confidential City Client
- Investigation of Regional Perchlorate Contamination of Groundwater Resources in the Central Basin of Los Angeles – Water Replenishment District of Southern California (WRD)



- Investigation of regional groundwater contamination by perchlorate in the Rialto-Colton, Bunker Hill, and North Riverside Basins, and impact to water supply wells – City of Riverside
- Assessment of the Effectiveness of Site Investigation and Remediation Activities, Investigation of Off-Site Groundwater Contamination, and Development of Remedial Programs (and Costs) at Perchlorate Release Sites in the South Basin Groundwater Protection Project (SBGPP) - Orange County Water District
- Hydrogeologic Investigation, Source Identification, Water Supply Well Impact Assessment, and Drinking Water Treatment for Perchlorate – City of Morgan Hill, California
- Evaluation of the Fate and Transport of Perchlorate and NDMA Contamination and its Impact on Water Supplies in Rancho Cordova, California – Southern California Water Company
- Hydrogeologic Investigation, Water Supply Well Impact Assessment, Regulatory Assistance, and Responsible Party (RP) Oversight for Perchlorate Contamination – City of Gilroy, California
- Regulatory and Technical Assistance, RP Oversight and Review, Water Resource Impact Assessment for Perchlorate Contamination – City of Santa Clarita, California
- Design of a Groundwater Remediation Program for Chlorinated Solvent, Perchlorate and Other Contaminants Utilizing Existing Drinking Water Wells – San Gabriel Valley Water Company (SGVWC), San Gabriel Valley Superfund Site, California
- Evaluation of the Off-site Migration of Perchlorate and TCE Contamination from a Rocket Testing Facility in Simi Hills, California – City of Calabasas, County of Los Angeles
- Investigation of Potential Perchlorate Source Sites, Source Contribution, Contaminant Pathway Assessment, and Drinking Water Treatment – Fontana Water Company, West Valley Water District, Fontana, California
- Evaluation of Previous Environmental Investigations, Contaminant Transport and Remediation Options for Perchlorate and Solvent Contamination at the Stringfellow Acid Waste Disposal Pits in Glen Avon, California – Joint Underwriters

***Hexavalent Chromium***

- Investigation and Remediation of Hexavalent Chrome and TCE Contamination at the Los Angeles Academy (formerly Jefferson) Middle School, Los Angeles – Jefferson Site PRP Group
- Investigation and Remediation of Hexavalent Chromium and TCE Contamination at an Active Plating Facility in West Los Angeles – Confidential Client
- Hydrogeologic Investigation of Hexavalent Chromium Contamination in the Northern Area of the Central Basin in Los Angeles County – Water Replenishment (WRD)
- Investigation of TCE and Hexavalent Chrome Contamination at the Suva School in Montebello, California – Communities for a Better Environment
- Investigation of Fuel Oil LNAPL and Hexavalent Chromium Contamination at a Former Clay Products Manufacturing Facility in Fremont, California – Mission Clay Products
- Investigation and Remediation of Hexavalent Chromium, TCE, and Gasoline LNAPL Contamination at an Active Plating Facility in Santa Fe Springs California – Confidential Client



***Other Projects***

- Evaluation of Contaminant Conditions at a Municipal Landfill, the Presence of CERCLA Hazardous Substances, Compliance with CERCLA/NCP, and Contribution to Contamination – Placer County
- Determination of Compliance with the Coal Combustion Residual (CCR) Rule at an Operating Coal-Fired Power Plant in Alabama – Southern Environmental Law Center (SELC)
- Investigation of the Source, Magnitude, Extent and Fate of Polyethylene Nurdle Pollution in and Around Charleston Harbor – Charleston Waterkeeper and South Carolina Coastal Conservation League
- Assessment of the Impact of 1,2,3-TCP Contamination from Soil Fumigant Applications on Municipal Water Supplies – City of Corona
- Review and Critique of Proposed Coal Ash Pond Closure at the Tennessee Valley Authority (TVA) Gallatin Power Plant - SELC
- Evaluation of Surface Water and Groundwater Pollution by Boron and Other Metals and Salts Associated with Coal Ash at Georgia Power's Plant Scherer Generating Station - SELC
- Assessment of the Impact of 1,2,3-TCP Contamination from Soil Fumigant Applications on Municipal Water Supplies – City of Arcadia
- Investigation of PCB Contamination at a Former Wastewater Treatment Plant at a Former US Army Camp – City of Riverside
- Investigation of the Fate, Transport, and Persistence of 1,2,3-TCP Contamination of Groundwater and Municipal Water Supply Wells – City of Upland
- Assessment of Sediment, Surface Water, and Groundwater Contamination Associated with Coal Ash at the Belews Creek Coal-Fired Power Plants in North Carolina, and an Evaluation of Closure Options for Coal Ash Basins – NAACP
- Assessment of the Impact of 1,2,3-TCP Contamination from Soil Fumigant Applications on Municipal Water Supplies – Sunny Slope Water Company
- Investigation of Sources and Fate and Transport of 1,2,3-TCP Contamination in Groundwater and its Impact on Potable Water Supply Wells in and around the City of Claremont – Golden State Water Company
- Evaluation of disposal and/or treatment options for produced waters at three active oil fields in Kern County – California Resources Corporation
- Assessment of 1,2,3-TCP Contamination of Groundwater and Potable Water Supply Wells in the Nipomo Area of Central California – Golden State Water Company
- Evaluation of potential water resources impacts from a proposed coal ash landfill located within a flood plain near Laredo Texas – confidential ranch owner
- Investigation of the Fate, Transport, and Persistence of 1,2,3-TCP Contamination of Groundwater and Municipal Water Supply Wells – City of Hemet

- Investigation of elevated concentrations total dissolved solids (TDS) and dissolved metals in surface water and groundwater related to an active lignite mine and coal-fired power plant at a large ranch in southeast Texas – Peeler Ranch
- Assessment of soil, groundwater, and surface water contamination associated with a Former Manufactured Gas Plant (MGP) in South Carolina – Southern Environmental Law Center (SELC)
- Evaluation of Contaminated Groundwater and Surface Waters by 1,4-dioxane, Perfluorinated Compounds [PFCs], and Gen-X at a Chemical Manufacturing Facility in North Carolina – Cape Fear Riverkeeper
- Investigation of 1,2,3-TCP Contamination of Groundwater and Municipal Water Supply Wells – City of Fresno
- Evaluation of Surface Water, Sediment, and Groundwater Contamination and Assessment of Remedial Actions at a Former Manufactured Gas Plant in South Carolina – Confidential Client
- Evaluation of Flow Conditions and Water Quality in Surface Water and Groundwater at an Active Coal-Fired Power Plant in North Carolina, including Three-Dimensional Groundwater Flow and Solute Transport Modeling – Sierra Club
- Assessment of 1,2,3-TCP Contamination of Groundwater Resources and Water Supply Wells in Clovis, California, and Development of Well-head Treatment Programs and Associated Costs - City of Clovis
- Investigation of Surface Water and Groundwater Impacted by Acid Mine Drainage (AMD) from a Former Coal Mine in Alabama, Including Geophysical Mapping, Piezometer Installation, and Soil, Sediment, and Surface Water Sampling – Black Warrior Riverkeeper
- Evaluation of Groundwater and Surface Water Contamination by Coal Combustion Residuals (CCRs) from Ash Ponds at Power Generation Facilities in Eastern Virginia – Sierra Club
- Investigation of 1,2,3-TCP Contamination of Groundwater and Municipal Water Supply Wells – City of Atwater
- Evaluation of Contaminant Sources and Hydrogeologic Pathways for 1,2,3-TCP Contamination of Water Supply Wells - City of Tulare
- Identification of Potential Sources of Nitrate Contamination at a Municipal Water Supply Well – Water Replenishment District of Southern California (WRD)
- Assessment of Sediment, Surface Water, and Groundwater Contamination Associated with Coal Ash at Two Coal-Fired Power Plants in North Carolina, and an Evaluation of Closure Options for Coal Ash Basins – Roanoke River Basin Association
- Assessment of the Volume and Quality of Storm Water and Shallow Groundwater (from Dewatering) at a Large Condominium Complex, as part of a City's MS-4 Storm Water Permitting – Coronado
- Investigation of Nitrate Contamination of Groundwater Resources and Water Supply Wells in Delano, California, and Development of Well-head Treatment Programs and Associated Costs - City of Delano



- Evaluation of Contaminant Conditions and Closure Plans for Coal Ash Basins at Two Coal-Fired Power Plants in Virginia – Sierra Club
- Evaluation of Groundwater and Surface Water Contamination by CCRs from Ash Ponds at a Former Power Generation Facility in Central Virginia – Sierra Club and Potomac Riverkeeper
- Negotiation of Private Agreements Between Water Utilities and RPs – City of Santa Monica, STPUD, City of Morro Bay, SGVWC, GOWC, City of Oxnard, OCDA
- Evaluation of Power Plant Intake and Outfall Structures on Fecal Coliform Plume Dynamics and Resulting Beach Closures, Huntington Beach, California – California Energy Commission
- Investigation of Bacteria and Fecal Contamination in Groundwater Beneath the Downtown Area of Huntington Beach, California – City of Huntington Beach
- Investigation of the Source(s) and Transport of Enterococcus and Fecal Bacteria to the Near Shore Waters of Huntington Beach, California – City of Huntington Beach, County of Orange, Orange County Sanitation District (OCSD)
- Characterization and Remediation, Former Town Gas Sites - British Gas Properties, U.K.
- Aquifer Characterization, Contaminant Assessment, Slurry Wall Design and Installation, Soil Excavation and Water Treatment System Design - Port of Los Angeles, California

## Professional History

**aquilogic, Inc.**, CEO and Principal Hydrologist, 2011 to present.

**Ridgewood Infrastructure**, Senior Advisor, 2019 to present.

**exp**, Executive Vice-President, Chief Business Development Officer, 2010 to 2011

**WorleyParsons,** Senior VP, Strategy & Development, 2006 to 2010.

**Komex Environmental Ltd.,** Chief Executive Officer, Principal Shareholder, Director, 1999 to 2005.

**Komex•H2O Science•Inc.**, President and Principal Hydrologist, 1992 to 1999.

**Remedial Action Corporation,** Project Manager and Geohydrologist, 1989 to 1992.

**Lanco Engineering,** Project Manager, 1985 to 1987, and 1988.

**Royal Geographical Society**, Kosi Hills Resource Conservation Project, Nepal:  Project Director, 1983 to 1985

## Teaching

Anthony has recently taught the following classes:

- Environmental Aspects of Soil Engineering and Geology - a ten-week course at the University of California, Irvine
- Site Characterization and Remediation of Environmental Pollutants - two lectures as part of the course at Imperial College London
- Methyl Tertiary Butyl Ether: Implications for European Groundwater - a one day seminar for the UK Environment Agency (UKEA)
- Successful Remediation Strategies – a two-day course for the NGWA



- Understanding Environmental Contamination in Real Estate, and one day class for the International Right-of-Way Association (IRWA)
- Project Development and the Environmental Process, a one-day class for the IRWA
- Environmental Awareness, a one-day class for the IRWA
- Regional Fuels Management Workshop, a two-day workshop for the USEPA.

**Publications**

In addition to his teaching experience, Anthony has prepared over 1000 written project reports, and has written, presented and published many articles regarding the following:

- The implementation of the SGMA in California
- Groundwater law in California
- The development of alternate water supplies, notably brackish groundwater
- Aquifer storage and recovery and other groundwater augmentation actions
- The Clean Water Act and groundwater contamination
- Contamination of groundwater and drinking water supplies by fuel oxygenates, chlorinated solvents, rocket propellants, PFCs, and metals
- Contaminant fate and transport in fractured or heterogeneous media
- The impact of oil field activities on the environment
- Source water assessment and protection
- Public health and toxicology
- Risk analysis and assessment
- Environmental economics
- General water resources and environmental issues

The following is a list of publications and presentations:

**Brown, A**., 2022.  Are PFAS A Bigger Issue Than Other Emerging Contaminants – Implications For Water Utilities.  23rd Annual American Groundwater Trust (AGWT) – Association of Groundwater Agencies (AGWA), March 2022.

**Brown, A**., 2021. Science in the Court Room: Expert Witness Testimony in Contamination Cases.  American Groundwater Trust California PFAS Webinar, March 2021.

**Brown, A**., 2021. Sources of 1,2,3-TCP and its Persistence in California Groundwater.  American Groundwater Trust 1,2,3-TCP Webinar, February 2021.

**Brown, A**., 2020.  Groundwater and the Clean Water Act.  American Groundwater Trust California Groundwater Conference, Ontario, February 2020.

**Brown, A**., and T. Watson, 2020.  Produced Water – A New California Resource.  Produced Water Society Annual Seminar, Houston, February 2020.

**Brown, A**., 2019.  Perspectives on the Future of the Water Business.  Environmental Business International, Industry Summit, San Diego, March 2019.



**Brown, A.,** 2019.  Paso Robles – The First Jury Trial over Water Rights in California.  American Groundwater Trust California Groundwater Conference, Ontario, February 2019.

**Brown**, A., 2018.  Emerging Contaminants – Where Do They Come From?  American Groundwater Trust Conference on Emerging Contaminants, Chino Basin, March 2018.

**Brown, A**., 2017.  Contaminated Groundwater as a Resource.  State Bar of California Environmental Law Conference, Yosemite, October 2017.

Stone A. and A. **Brown**, 2017 (organizers).  Groundwater Law – An American Groundwater Trust Conference.  UC Hastings Law School, San Francisco, May 18, 2017

**Brown**, A. 2016.  The SGMA Cookbook – Implementing the Sustainable Groundwater Management Act.  Association of California Water Agencies (ACWA), Spring Conference, Monterey, CA, April 2016.

Stone A. and A. **Brown**, 2016 (organizers).  Groundwater Law – An American Groundwater Trust Conference.  Loyola Law School, Los Angeles, April 26, 2016

Stone A. and A. **Brown**, 2015 (organizers).  Groundwater Law – An American Groundwater Trust Conference.  Doubletree San Francisco Airport, May 15, 2015

**Brown**, A., 2015.  Challenges Implementing the California Sustainable Groundwater Management Act (SGMA).  Bar Association of San Diego County, May 5, 2015.

**Brown**, A., 2015.  Technical and Other Issues Implementing the California Sustainable Groundwater Management Act (SGMA).  Ventura Association of Water Agencies, March 19, 2015.

**Brown**, A., 2015.  Outlook for Environmental Services in the Global Energy and Resources Sectors.  Environmental Business Journal, Environmental Industry Summit, San Diego, March 11-13, 2015.

**Brown**, A., 2015.  The Effect of $50 Oil on the Environmental Services Sector.  Environmental Business Journal Conference, San Diego, March 11-13, 2015.

**Brown**, A. 2014.  Hydrology and the Law: The Role of Science in the Resolution of Legal Issues for Water Quality and Damages Issues.  Law Seminars International, Santa Monica, CA. October 2014

Stone A. and A. **Brown**, 2014 (organizers).  Groundwater Law – An American Groundwater Trust Conference.  Marriott Marina del Rey, May 20-21, 2014

**Brown**, A. 2014.  Environmental Issues with Hydraulic Fracturing.  Los Angeles County Bar Association (LACBA), Spring Symposium, Los Angeles, CA.  April 2014.

**Brown,** A. 2014.  Environmental Services in the Global Energy & Resources Sectors.  Environmental Business Journal, Environmental Industry Summit, San Diego, March 2014.

**Brown**, A. 2013. Dealing with Emerging Groundwater Contaminants.  Association of California Water Agencies (ACWA), Fall Conference, Los Angeles, November 2013.

**Brown**, A., 2013.  Outlook for Environmental Services in the Global Energy and Resources Sectors.  Environmental Business Journal, Environmental Industry Summit, San Diego, March 2013.





*Curriculum Vitae: Anthony Brown*
*October 2023*

**Brown**, A., Colopy, J, and Johnson, T, 2007.  Groundwater Science in the Courtroom: Observations from the Expert Witness Chair.  Groundwater Resource Association of California (GRAC), Groundwater Law Conference, San Francisco, June 2007.

**Brown**, A. 2005. Emerging Water Contaminants.  California Special Districts Association (CSDA), Annual Conference, Palm Springs, May 2005.

**Brown**, A. 2005.  The Interplay of Science and Policy at Contaminated Sites. Los Angeles County Bar Association (LACBA), Spring Symposium, Los Angeles, CA.  April 2005.

**Brown**, A., M. Trudell, G. Steensma, and J. Dottridge, 2005.  European Experiences with Artificial Aquifer Recharge.  Groundwater Resource Association of California (GRAC), Aquifer Storage Conference, Sacramento, March 2005.

**Brown**, A.  2004.  Viagra, Estrogen, Prozac, and Other Emerging Contaminants:  have you checked your groundwater lately?  American Groundwater Trust (AGWT), Legal Issues Conference, Los Angeles, November 2004.

**Brown**, A. 2004.  The Use of Groundwater Models in Complex Litigation.  American Groundwater Trust (AGWT), Groundwater Models in the Courtroom Symposium, May 2004.

**Brown**, A. 2004. Emerging Groundwater Contaminants:  MTBE as a Case Study.  Association of California Water Agencies (ACWA), Spring Conference, Los Angeles, May 2004.

Rohrer, J., A. **Brown**, S. Ross, 2004.  MTBE and Perchlorate, Lessons Learned from Recent Groundwater Contaminants.  California Special Districts Association (CSDA), Annual Conference, Palm Springs, May 2004.

Hagemann, M., A. **Brown**, and J. Klein, 2002.  An Estimate of Costs to Address MTBE Releases from Underground Storage Tanks and to Treat Drinking Water Supplies Impacted by MTBE.  NGWA, Conference on MTBE: Assessment, Remediation, and Public Policy, Orange, CA.  June 2002

Hagemann, M., A. **Brown**, and J. Klein, 2002.  From Tank to Tap: A Chronology of MTBE in Groundwater.  NGWA, Conference on Litigation Ethics, and Public Awareness, Washington, D.C., August 2002

Major, W., A. **Brown**, S. Roberts, L. Paprocki, and A. Jones, 2001.  The Effects of Leaking Sanitary Sewer Infrastructure on Groundwater and Near Shore Ocean Water Quality in Huntington Beach, California.  California Shore and Beach Preservation Association and California Coastal Coalition – Restoring the Beach:  Science, Policy and Funding Conference.  San Diego, California, November 8-10, 2001.

Ross, S.D., A. Gray, and A. **Brown,** 2001.  Remediation of Ether Oxygenates at Drinking Water Supplies and Release Sites.  Can-Am 6th Annual Conference of National Groundwater Association Banff, Alberta, Canada. July 2001.

Gray, A.L. and A. **Brown**, 2000.  The Fate, Transport, and Remediation of Tertiary-Butyl-Alcohol (TBA) in Ground Water.  Proceedings of the NGWA/API 2000 Petroleum Hydrocarbons and Organic Chemicals in Groundwater: Prevention, Detection, and Remediation.  Anaheim, November 14-17, 2000.



Hardisty, P.E., J. Dottridge and A. **Brown**, 2000.  MTBE in Ground Water in the United Kingdom and Europe.  Proceedings of the NGWA/API 2000 Petroleum Hydrocarbons and Organic Chemicals in Groundwater: Prevention, Detection, and Remediation.  Anaheim, November 14-17, 2000.

**Brown**, A., B. Eisen, W. Major, and A. Zawadzki, 2000.  Geophysical, Hydrogeological and Sediment Investigations of Bacterial Contamination in Huntington Beach, California.  California Shore and Beach Preservation Association – Preserving Coastal Environments Conference. Monterey, California, November 2-4, 2000.

Hardisty, P.E., G.M. Hall, A. **Brown** and H.S. Wheater, 2000.  Natural Attenuation of MTBE in Fractured Media.  2nd National Conference on Natural Attenuation in Contaminated Land and Groundwater.  Sheffield, U.K., June 2000.

**Brown**, A., 2000.  Treatment of Drinking Water Impacted with MTBE.  Mealey's MTBE Conference.  Marina del Rey, California.  May 11-12, 2000.

**Brown**, A., 2000.  Other Fuel Oxygenates in Groundwater.  Mealey's MTBE Conference.  Marina del Rey, California.  May 11-12, 2000.

**Brown**, A., 2000.  The Fate, Transport and Remediation of TBA in Groundwater.  Mealey's MTBE Conference.  Marina del Rey, California.  May 11-12, 2000.

**Brown**, A., 2000.  MTBE Contamination of the City of Santa Monica Water Supply: Recap. Mealey's MTBE Conference.  Marina del Rey, California.  May 11-12, 2000.

Mooder, R.B., M.D. Trudell, and A. **Brown**, 2000. A Theoretical Analysis of MTBE Leaching from Reformulated Gasoline in Contact with Groundwater.  American Chemical Society, Div. of Environmental Chemistry, 219th ACS National Meeting.  San Francisco, March 26-30, 2000.

Trudell, M.R., K.D. Mitchell, R.B. Mooder, and A. **Brown**, 2000.  Modeling MTBE Transport for Evaluation of Migration Pathways in Groundwater.  American Chemical Society, Div. of Environmental Chemistry, 219th ACS National Meeting.  San Francisco, March 26-30, 2000.

**Brown**, A., 1999.  How LUST Policy Led to the Current MTBE Problem.  Submitted for the Government Conference on the Environment.  Anaheim, CA.  August 1999.

Trudell, M.R., K.D. Mitchell, R.B. Mooder and, A. **Brown**, 1999.  Modeling MTBE transport for evaluation of migration pathway scenarios.  In proceedings, 6th International Petroleum Environmental Conference, Houston TX, November 16-19, 1999.  Integrated Petroleum Environmental Consortium, University of Tulsa, OK.

Gray, A.L., A. **Brown**, R.A. Rodriguez, 1999.  Treatment of a Groundwater Impacted with MTBE By-Products**.**  In proceedings, 6th International Petroleum Environmental Conference, Houston TX, November 16-19, 1999.  Integrated Petroleum Environmental Consortium, University of Tulsa, OK.

Gray, A.L., A. **Brown**, M.M. Nainan, and R.A. Rodriguez, 1999. Restoring a Public Drinking Water Supply Contaminated with MTBE.  In proceedings, 6th International Petroleum Environmental Conference, Houston TX, November 16-19, 1999.  Integrated Petroleum Environmental Consortium, University of Tulsa, OK.



Ausburn M.P., A. **Brown**, D. A. Reid, and S.D. Ross, 1999. Environmental Aspects of Crude Oil Releases to the Subsurface.  In proceedings, 6th International Petroleum Environmental Conference, Houston TX, November 16-19, 1999.  Integrated Petroleum Environmental Consortium, University of Tulsa, OK.

Hardisty, P.E., A. **Brown**, and H. Wheater, 1999.  Using Economic Analysis to Support Remedial Goal Setting and Remediation Technology Selection.  In proceedings, 6th International Petroleum Environmental Conference, Houston TX, November 16-19, 1999.  Integrated Petroleum Environmental Consortium, University of Tulsa, OK.

**Brown**, A., and J.J. Clark, 1999.  MTBE:  Air Today, Gone Tomorrow!  California Environmental Law and Remediation Reporter.  Argent Communications Group.    Foresthill, CA.  Volume 9 (2):  pp 21 - 30.

**Brown, A.,** P.E. Hardisty, and H. Wheater, 1999.  The Impact of Fuel Oxygenates on Water Resources.  A one-day course for the UK Environment Agency.  London, UK.  June 1999

**Brown**, A., K.D. Mitchell, C. Mendoza and M.R. Trudell, 1999.  Modeling MTBE transport and remediation strategies for contaminated municipal wells. Battelle In-Situ and On-Site Bioremediation, Fifth International Symposium, San Diego, CA.  April 19-22, 1999.

**Brown, A**., 1999.  LUST Policy and Its Part in the MTBE Problem.  USEPA National Underground Storage Tank Conference.  Daytona Beach, FL.  March 15-17, 1999.

**Brown, A**., T.E. Browne, and R.A. Rodriguez, 1999.  Restoration Program for MTBE Contamination of the City of Santa Monica Arcadia Well Field.  Ninth Annual Conference on Soil and Groundwater Contamination, Oxnard, CA.  March 1999.

**Brown, A**., 1999. Moderator of a Panel Session - Judging Oil Spill Response Performance: The Challenge of Competing Perspectives.  International Oil Spill Conference.  Seattle, WA.  March 8-11, 1999.

**Brown, A**., 1999.  MTBE:  Asleep at the Wheel!  Editorial in the Newsletter of the Los Angeles County Bar Association, Environmental Section.  February 1999.

**Brown, A**., J.S. Devinny, T.E. Browne and R.A. Rodriguez, 1998. Restoration of a Public Drinking Water Supply Impacted by Methyl *tertiary* Butyl Ether (MTBE) Contamination. Proceedings of the NGWA/API 1998 Petroleum Hydrocarbons and Organic Chemicals in Groundwater: Prevention, Detection, and Remediation, November 11-13, 1998, Houston, TX.

**Brown, A.,** 1998. Petroleum and the Environment:  A Consultants Perspective.  USEPA Regional Fuels Management Workshop, November 3-4, 1998, Shell Beach, CA.

**Brown, A.**, 1998.  How Much Does Remediation Really Cost?  Presented at the Southern California Chapter of the Appraisal Institute, Summer Seminar Spectacular:  Damages, Diminution and Mitigation.  Anaheim, California, August 13, 1998.

**Brown, A.**, J.S. Devinny, A.L. Gray and R.A. Rodriguez, 1998. A Review of Potential Technologies for the Remediation of Methyl *tertiary* Butyl Ether (MTBE) In Groundwater.  International Petroleum and the Environment Conference, Albuquerque, NM. October 1998.

**Brown, A.**, A.L. Gray, and T.E. Browne, 1998.  Remediation of MTBE at Leaking Underground Storage Tank (LUST) Sites.  The UST Clean-up Fund Conference, Austin, TX.  June 22, 1998.



**Brown, A**., J.R.C. Farrow, R.A. Rodriguez, and B.J. Johnson, 1998.  Methyl *tertiary* Butyl Ether (MTBE) Contamination of the City of Santa Monica Drinking Water Supply: An Update.  Proceedings of the National Ground Water Association (NGWA) Southwest Focused Conference: MTBE and Perchlorate, June 3-5, 1998, Anaheim, California.

Patterson, G, B. Groveman, J. Lawrence, and **A. Brown**, 1998.  The Legal Implications, Claims, and Courses of Action for Water Purveyors Impacted by MTBE and Perchlorate.  Proceedings of the NGWA Southwest Focused Ground Water Conference:  Discussing the Issue of MTBE and Perchlorate in Ground Water.  June 3-4, 1998, Anaheim, California.

Clark, J.J., **A. Brown**, and R.A. Rodriguez, 1998.  The Public Health Implications of MTBE and Perchlorate in Water:  Risk Management Decisions for Water Purveyors. Proceedings of the NGWA Southwest Focused Ground Water Conference:  Discussing the Issue of MTBE and Perchlorate in Ground Water.  June 3-4, 1998, Anaheim, California.

**Brown, A**., J.S. Devinny, M.K. Davis, T.E. Browne, and R.A. Rodriguez, 1997.  A Review of Potential Technologies for the Treatment of Methyl *tertiary* Butyl Ether (MTBE) in Drinking Water.  Proceedings of the NGWA/API 1997 Petroleum Hydrocarbons and Organic Chemicals in Groundwater: Prevention, Detection, and Remediation, November 12-14, 1997, Houston, TX.

**Brown, A**., J.R.C. Farrow, R.A. Rodriguez, B.J. Johnson and A.J. Bellomo, 1997.  Methyl *tertiary* Butyl Ether (MTBE) Contamination of the City of Santa Monica Drinking Water Supply.  Proceedings of the National Groundwater (NGWA) and American Petroleum Institute (API) 1997 Petroleum Hydrocarbons and Organic Chemicals in Groundwater: Prevention, Detection, and Remediation, November 12-14, 1996, Houston, Texas.

**Brown, A**., J.S. Devinny, M.K. Davis, T.E. Browne, and R.A. Rodriguez, 1997.  A Review of Treatment Technologies for Methyl *tertiary* Butyl Ether (MTBE) in Drinking Water.  Proceedings of the American Chemical Society (ACS) Conference on Chemistry and Spectroscopy, October 1997, Irvine, California.

**Brown, A.,** J.S. Devinny, T.E. Browne and D. Chitwood, 1997.  A Review of Alternative Technologies for the Removal of MTBE from Drinking Water.  Association of California Water Agencies (ACWA) Workshop on MTBE, March 13, 1997, Ontario Airport Hilton, California.

**Brown, A.,** 1997.  Methyl tertiary Butyl Ether (MTBE) in Groundwater and its Impact on the City of Santa Monica Drinking Water Supply.  California Groundwater Resource Association (GRA), January 22, 1997, Wyndham Garden Hotel, Costa Mesa, California.

Gray, A.L., **A. Brown**, B.J. Moore, and T.E. Browne, 1996.  Respiration Testing for Bioventing and Biosparging Remediation of Petroleum Contaminated Soil and Groundwater.  NGWA Outdoor Action Conference, Las Vegas, NV, May 1996.

**Brown, A.,** and P.E. Hardisty, 1996.  Use of Technical and Economic Analyses for Optimizing Technology Selection and Remedial Design:  Examples from Hydrocarbon Contaminated Sites.  Sixth West Coast Conference on Contaminated Soils and Groundwater, AEHS, March 1996.

Farrow, J.R.C., **A. Brown**, W. Burgess, R.E. Payne, 1995.  High Vacuum Soil Vapor Extraction as a Means of Enhancing Contaminant Mass Recovery from Groundwater Zones of Low



Transmissivity. Accepted for Proceedings of the Petroleum Hydrocarbons and Organic Chemicals in Groundwater, API/NGWA Conference. Houston, TX. November 1995.

Ausburn, M.P., **A. Brown**, M. Brewster, and P. Caloz, 1995. Use of Borehole Terrain Conductivity Logging to Delineate Multiple Ground Water Bearing Zones and Map Alluvial Fan Facies. California Groundwater Resource Association (GRA), Annual Conference, November 1995, Costa Mesa, California.

Hardisty, P.E., S.D. Ross, F.B. Claridge and **A. Brown**, 1995. Technical and Economic Analysis of Remedial Techniques for LNAPL in Fractured Rock. International Association of Hydrogeologists (IAH), October 1995, Solutions 95 Conference, Calgary, Canada.

Croft, R.G., **A. Brown**, P. Johnson, and J. Armstrong, 1994. Tracer Gas Use in Soil Vapor Extraction and Air Sparge Pilot Tests: Case Studies. HMRCI Superfund XV Conf. Proceedings, Washington D.C, November 1994.

Bauman, P.B., M. Brewster and **A. Brown**, 1994. Borehole Logging as an Aid to Hydrogeologic Characterization of Leaking Underground Storage Tank (LUST) Sites. Proceedings from the National Groundwater Association (NGWA), 8th National Outdoor Action Conference and Exposition, Minneapolis, Minnesota. May 1994.

Bauman, P.B., **A. Brown,** M. Brewster, and M. Lockhart, 1994. The use of Borehole Geophysics in the Characterization of Both Vadose and Saturated Zone Lithologies at LUST Sites. Proceedings from the USEPA Technology Transfer at LUST Sites Conference, Urbana, Illinois. May 1994.

Bauman, P.B., J. Sallomy, **A. Brown** and M. Brewster, 1994. Unconventional Applications of Terrain Conductivity Logging to Groundwater Investigations. Proceedings of the Symposium on the Application of Geophysics at Environmental and Engineering Projects (SAGEEP), Boston, Massachusetts, 1994.

**Brown, A.**, R.E. Payne, and P. Perlwitz, 1993. Air Sparge Pilot Testing at a Site Contaminated with Gasoline. Proceedings of the Petroleum Hydrocarbons and Organic Chemicals in Groundwater: Prevention, Detection, and Restoration. API/NGWA Conference, Houston, Texas. November 1993.

**Brown, A.**, 1991. Air Permeability Testing for Vapor Extraction. Conference Proceedings; Petroleum Hydrocarbon Contaminated Soil, San Diego, California. March 1991.

Wheater, H., B. Beck, **A. Brown,** and S. Langan, 1991. The Hydrological Response of the Allt a' Mharcaidh Catchment, Inferences from Experimental Plots. Journal of Hydrology, Vol. 123; pp 163-1990.

**Brown, A**., 1986. The Final Report of the Kosi Hills Resource Conservation Project, Nepal 1984. Royal Geographical Society Student Expedition.

**EXHIBIT B:  Bibliography**

## BIBLIOGRAPHY

**Plant Barry**

ADEM. (1994).  Hydrogeological Evaluation of the Barry Steam Plant Inert Waste Landfill - Internal memorandum prepared by Alabama Department of Environmental Management (ADEM), issued May 17, 1994.

Alabama Power. (2019). Amended Closure Plan For Ash Pond, Plant Barry, Alabama Power Company, Bucks, Alabama, July 2019.

https://www.alabamapower.com/content/dam/alabama-power/pdfs-docs/company/how-we-operate/ccr/plant-barry/ash-pond/closure-and-post-closure/Barry%20Ash%20Pond%20Amended%20Closure%20Plan.pdf

Alabama Power. (2020).  Amended Closure Plan For Ash Pond, Plant Barry, Alabama Power Company, Bucks, Alabama, revised April 1, 2020

https://www.alabamapower.com/content/dam/alabama-power/pdfs-docs/company/how-we-operate/ccr/plant-barry/ash-pond/closure-and-post-closure/Barry%20Ash%20Pond%20Amended%20Closure%20Plan%20Rev%201%20April%202020.pdf

Alabama Power. (2020).  Amended Closure Plan (Updated) For Ash Pond, Plant Barry, Alabama Power Company, Bucks, Alabama, revised April 1, 2020

https://www.alabamapower.com/content/dam/alabama-power/pdfs-docs/company/how-we-operate/ccr/plant-barry/ash-pond/closure-and-post-closure/Barry%20Ash%20Pond%20Amended%20Closure%20Plan%20Rev%201%20April%202020%20-%20Updated.pdf

Court Order. (2024).  Motion to Dismiss Granted, dated January 4, 2024 ("**Order**")

Hutson, J. (2023).  Draft Comments on USEPA's Proposed Denial of Alabama Coal Combustion Residuals Permit Program – prepared by James Hutson, PG, Geo-Hydro, Inc., dated October 10, 2023

Jordan, J.A. (2022).  2021 Report of Annual Inspection of CCR Surface Impoundment - Report prepared by Jacob Jordan for Alabama Power in accordance with Section 257.83 of the Standards for the Disposal of Coal Combustion Residuals in Landfills and Surface Impoundments, dated January 14, 2022.

https://www.alabamapower.com/content/dam/alabama-power/pdfs-docs/company/how-we-operate/ccr/plant-barry/ash-pond/operating-criteria/Report%20of%20Annual%20Inspection%202021%20-%20Ash%20Pond.pdf

Mickwee, R. (2016).  2015 Report of Annual Inspection of CCR Surface Impoundment - Report prepared by Richard Mickwee for Alabama Power in accordance with Section 257.83 of the Standards for the Disposal of Coal Combustion Residuals in Landfills and Surface Impoundments, dated January 14, 2016.

https://www.alabamapower.com/content/dam/alabama-power/pdfs-docs/company/how-we-operate/ccr/plant-barry/ash-pond/operating-criteria/Report%20of%20Annual%20Inspection%202015%20-%20Ash%20Pond.pdf

Pegues, J. (undated).  History of Construction for Existing CCR Surface Impoundment Barry Ash Pond - Report prepared by James Pegues for Alabama Power in accordance with Section 257.73 of the Standards for the Disposal of Coal Combustion Residuals in Landfills and Surface Impoundments.

https://www.alabamapower.com/content/dam/alabama-power/pdfs-docs/company/how-we-operate/ccr/plant-barry/ash-pond/design-criteria/History%20of%20Construction%20-%20Ash%20Pond.pdf

Pegues, J. (2017).  Closure Plan for Existing CCR Surface Impoundment Barry Ash Pond – Report prepared by James Pegues for Alabama Power, dated October 2017

https://www.alabamapower.com/content/dam/alabama-power/pdfs-docs/company/how-we-operate/ccr/plant-barry/ash-pond/closure-and-post-closure/Closure%20Plan%20-%20Ash%20Pond.pdf

Pegues, J. (2018).  Location Restriction Demonstration.  Plant Barry Ash Pond – Alabama Power.

https://www.alabamapower.com/content/dam/alabama-power/pdfs-docs/company/how-we-operate/ccr/plant-barry/ash-pond/location-restriction-demonstration/Location%20Restriction%20Demonstration%20-%20Barry%20Ash%20Pond.pdf

Pegues, J. (2023).  Initial Post Closure Care Plan (REV1), Plant Barry, Alabama Power.  Dated July 12, 2023.

https://www.alabamapower.com/content/dam/alabama-power/pdfs-docs/company/how-we-operate/ccr/plant-barry/ash-pond/closure-and-post-closure/initial%20post%20closure%20care%20plan%20rev1%20-%20ash%20pond.pdf

Pruner, B. (1991).  Screening Site Inspection, Phase 2 Alabama Power Company Barry Steam Plant – prepared by Betty-Ann Pruner, issued to USEPA. April 3, 1991.

Southern Company. (2017).  Annual Groundwater Monitoring and Corrective Action Report Alabama Power Company Plant Barry Ash Pond - Report prepared by the Earth Science and Environmental Engineering division of the Southern Company Services, dated January 31, 2018.

https://www.alabamapower.com/content/dam/alabama-power/pdfs-docs/company/how-we-operate/ccr/plant-barry/ash-pond/groundwater-monitoring-and-corrective-action/2017%20Annual%20Groundwater%20Monitoring%20and%20Corrective%20Action%20Report%20-%20Barry%20AP.pdf

Southern Company. (2021).  2020 Annual Groundwater Monitoring and Corrective Action Report Alabama Power Company Plant Barry Ash Pond - Report prepared by the Earth Science and Environmental Engineering division of the Southern Company Services, dated January 31, 2021.

https://www.alabamapower.com/content/dam/alabama-power/pdfs-docs/company/how-we-operate/ccr/plant-barry/ash-pond/groundwater-monitoring-and-corrective-action/2020%20Annual%20Groundwater%20Monitoring%20and%20Corrective%20Action%20Report%20-%20Barry%20Ash%20Pond.pdf

SELC. (2023).  USEPA Notice of Potential Violations – Plant Barry.  Southern Environmental Law Center,

dated January 31, 2023

USEPA. (2015; 2018; 2023).  2015 CCR Rules, 2018 CCR Amendments, and 2023 Proposed Rule
https://www.epa.gov/coalash/coal-ash-rule

USEPA. (2023).  Denial of State Coal Combustion Residuals Permit Program, dated September 3, 2022.
https://public-inspection.federalregister.gov/2023-17023.pdf


**Grainger Generating Station and Wateree Generating Station**

Arcadis. (2013).  Conceptual Site Model and Evaluation of Alternatives for Closeout of Wastewater Ash
Ponds - Closeout Plan Phase 1,Grainger Generating Station.  March 17, 2013.

Carter, M. (2019).  Personal communication with Mark Carter, Santee Cooper.  March 12, 2019.

Garret & Moore. (2016).  Surface Water Protection Certification for the Wateree Station Ash Pond.
Richland County, South Carolina. August.

General Engineering (General). (1998).  Hydrogeologic Assessment Report. South Carolina Electric & Gas
Company.  Wateree Station. Eastover, South Carolina.

Geosyntec. (2014).  Amended Closure Plan. Wastewater Ash Ponds. Grainger Generating Station.
Conway, South Carolina. August.

Nautilus Geologic Consulting, PLLC (Nautilus). (2015).  Semi-Annual Water-Quality Monitoring Report:
October 2015 Monitoring, SCE&G Wateree Station, Site #00532.  NPDES Permit #SC0002038,
Groundwater Mixing Zone Consent Agreement 01-053-W. Eastover, Richland County, South
Carolina. December.

Nautilus. (2018). Semi-Annual Water-Quality Monitoring and Triennial Review Report: October 2018
Monitoring, SCE&G Wateree Station, Site 00532.  NPDES Permit #SC0002038, Groundwater
Mixing Zone Consent Agreement 01-053-W, Eastover, Richland County, South Carolina.
December.

Santee Cooper. (2013).  Santee Cooper Grainger Station. NPDES Permit #SC0001104. NPDES
Groundwater and Surface Water Semi-annual Report for 2017. November 22.

Santee Cooper. (2014).  Santee Cooper Grainger Station. NPDES Permit #SC0001104. NPDES
Groundwater and Surface Water Semi-annual Report for 2017. May 28.

Santee Cooper. (2014).  Santee Cooper Grainger Station. NPDES Permit #SC0001104. NPDES
Groundwater and Surface Water Semi-annual Report for 2017. November 20.

Santee Cooper. (2015).  Santee Cooper Grainger Station. NPDES Permit #SC0001104. NPDES
Groundwater and Surface Water Semi-annual Report for 2017. May 28.

Santee Cooper. (2015).  Grainger Generating Station Ash Impoundment Cell Closure Procedure. South
Carolina Public Service Authority (Santee Cooper). April 22.

Santee Cooper. (2015).  Santee Cooper Grainger Station. NPDES Permit #SC0001104. NPDES
Groundwater and Surface Water Semi-annual Report for 2017. November 24.

Santee Cooper. (2016).  Santee Cooper Grainger Station. NPDES Permit #SC0001104. NPDES
Groundwater and Surface Water Semi-annual Report for 2017. March 1.

Santee Cooper. (2016).  Santee Cooper Grainger Station. NPDES Permit #SC0001104. NPDES
Groundwater and Surface Water Semi-annual Report for 2017. May 26.

Santee Cooper. (2016).  Santee Cooper Grainger Station. NPDES Permit #SC0001104. NPDES Groundwater and Surface Water Semi-annual Report for 2017. November 21.

Santee Cooper. (2017).  Santee Cooper Grainger Station. NPDES Permit #SC0001104. NPDES Groundwater and Surface Water Semi-annual Report for 2017. May 24.

Santee Cooper. (2017).  Santee Cooper Grainger Station. NPDES Permit #SC0001104. NPDES Groundwater and Surface Water Semi-annual Report for 2017. November 27.

Santee Cooper. (2019).  Grainger Station. Ash Pond Closure: Ash Removal Report. January 2.

South Carolina Electric & Gas (SCE&G). (2019).  Wateree Station Semi-annual Status Report. July - December 2018.  January.

**EXHIBIT C:  Grainger Generating Station (GGS) Information**

santee cooper®

**CERTIFIED MAIL**

November 27, 2017

S. C. Department of Health and Environmental Control
Data Records and Management Section
2600 Bull Street
Columbia, South Carolina 29201

To whom it may concern:

Re: Santee Cooper Grainger Station - NPDES Permit# SC0001104
    NPDES Groundwater and Surface Water Semi-annual Report for 2017

Attached are results from the September 13-15, 2017 groundwater and surface water sampling
event. Sampling at two of the wells (GGSMW-3 and GGSMW-9) was postponed until October
17, 2017, after the flood waters from Hurricane Irma subsided. Separate maps showing sample
locations and arsenic concentrations are included.

Ongoing dewatering and ash removal activities cause the groundwater geochemistry to fluctuate.
Since the ash ponds at Grainger are undergoing closure and are operated in a dewatered
condition, the use of piezometers (PZ-1, PZ-2, and PZ-3) is no longer necessary. Therefore,
Santee Cooper requests permission to properly abandon them.

If you have any questions or comments concerning this project, please contact Melanie D.
Goings, P.G., at (803) 761-8000 extension 4490.

Sincerely,

Susan W. Jackson, PE
Manager
CCP & Waste Management

SWJ:DBB:MDG:pjc

Attachments

**Santee Cooper**
**Grainger Generating Station**
**Groundwater Monitoring Plan**

santee cooper
**Environmental Services**



12/9/13:MDH



# Ground Water Monitoring Report

| Lab Parameters | | | Arsenic | Arsenic - Dissolved | Cadmium | Chromium | Copper | Iron | Selenium | Zinc | Chloride | Sulfate | Total Dissolved Solids |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sample ID | Location Code | Sample Date | ug/L | ug/L | ug/L | ug/L | ug/L | ug/L | ug/L | ug/L | mg/L | mg/L | mg/L |
| AC54159 | GGSMW-1 | 9/30/13 | <10 | <10 | <5 | <5 | <10 | 6103.6 | <10 | <10 | 4.54 | 214 | 397.5 |
| AC54160 | GGSMW-2 | 9/30/13 | <10 | <10 | <5 | <5 | <10 | 6353.1 | <10 | <10 | 20.3 | 10.4 | 505.0 |
| AC54161 | GGSMW-3 | 10/1/13 | 941.9 | 486.5 | <5 | <5 | <10 | 25861.2 | <10 | <10 | 13.9 | <2.0 | 747.5 |
| AC54162 | GGSMW-4 | 10/1/13 | <10 | <10 | <5 | <5 | <10 | 39443.2 | <10 | <10 | 16.5 | <2.0 | 280.0 |
| AC54163 | GGSMW-5 | 9/30/13 | 14.5 | 18.2 | <5 | <5 | <10 | 3665.6 | <10 | <10 | 15.4 | 216 | 412.5 |
| AC54164 | GGSMW-6 | 9/30/13 | <10 | <10 | <5 | <5 | <10 | 7412.8 | <10 | <10 | 49.3 | 0.93 | 680.0 |
| AC54165 | GGSMW-9 | 10/1/13 | 3371.6 | 1559.3 | <5 | <5 | <10 | 22352.7 | <10 | <10 | 57.6 | 146 | 517.5 |
| AC54166 | GGSMW-10 | 10/1/13 | 1097.9 | 361.2 | <5 | <5 | <10 | 32095.3 | <10 | <10 | 12.5 | <2.0 | 675.0 |
| AC54167 | GGSMW-11 | 9/30/13 | 450.0 | 121.6 | <5 | <5 | <10 | 45491.5 | <10 | <10 | 14.0 | <2.0 | 730.0 |
| AC54168 | GGSMW-12 | 9/30/13 | 19.4 | 21.9 | <5 | <5 | <10 | 12436.4 | 10.2 | <10 | 13.5 | 267 | 485.0 |



## Groundwater Analytical Data

| Entity | Location | Sample ID | Collection Date | Collection Time | Arsenic ug/l | Arsenic, Dissolved ug/l | Cadmium ug/l | Chloride mg/l | Chromium ug/l | Copper ug/l | Iron ug/l | Selenium ug/l | Sulfate mg/l | TDS mg/l | Total Suspended Solids mg/l | Zinc ug/l |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Grainger Generating Station | GGSMW-01 | AC73636 | 03/31/2014 | 11:40:00 AM | <10 | <10 | <5 | 4.62 | <5 | <10 | 18116.6 | <10 | 398 | 665 | | <10 |
| | GGSMW-02 | AC73637 | 03/31/2014 | 12:30:00 PM | <10 | <10 | <5 | 10.8 | <5 | <10 | 6957.9 | <10 | <2 | 402.5 | | 13.9 |
| | GGSMW-03 | AC74786 | 04/10/2014 | 02:05:00 PM | 901.5 | 269.7 | <5 | 8.05 | <5 | <10 | 27232.6 | <10 | <2 | 720 | 57.25 | 12.8 |
| | GGSMW-04 | AC73639 | 03/31/2014 | 02:20:00 PM | <10 | <10 | <5 | 15.8 | <5 | <10 | 25867.5 | <10 | 61.9 | 260 | | <10 |
| | GGSMW-05 | AC73640 | 04/01/2014 | 12:05:00 PM | 24.3 | 17.2 | <5 | 11.1 | <5 | <10 | 7805.7 | <10 | 183 | 352.5 | | 15.7 |
| | GGSMW-06 | AC73641 | 03/31/2014 | 01:38:00 PM | <10 | <10 | <5 | 10.3 | <5 | <10 | 6360.1 | <10 | 42.4 | 535 | | <10 |
| | GGSMW-09 | AC73642 | 04/01/2014 | 03:00:00 PM | 1046.4 | 637.8 | <5 | 84.3 | <5 | <10 | 18410.1 | <10 | 203 | 515 | | 13.6 |
| | GGSMW-10 | AC74787 | 04/10/2014 | 02:45:00 PM | 1098.2 | 344.7 | <5 | 5.1 | <5 | <10 | 50981.7 | <10 | <2 | 587.5 | 94.75 | <10 |
| | GGSMW-11 | AC73644 | 04/01/2014 | 12:55:00 PM | 401.8 | 126.3 | <5 | 8.12 | <5 | <10 | 37431.7 | <10 | 2.65 | 742.5 | | 29.2 |
| | GGSMW-12 | AC73645 | 03/31/2014 | 03:20:00 PM | 16.1 | <10 | <5 | 7.03 | <5 | <10 | 6451.2 | <10 | 125 | 315 | | 10.2 |

# Ground Water Monitoring Report

santee cooper

| Sample ID | Location Code | Sample Date | Arsenic ug/L | Arsenic - Dissolved ug/L | Barium ug/L | Cadmium ug/L | Chromium ug/L | Copper ug/L | Iron ug/L | Lead ug/L | Selenium ug/L | Thallium ug/L | Zinc ug/L | Chloride mg/L | Sulfate mg/L | Total Dissolved Solids mg/L | Total Suspended Solids mg/L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AC94637 | GGSMW-1 | 9/30/14 | <10 | <10 | 56.9 | <5 | <5 | <10 | 21083.7 | <10 | <10 | <1.0 | <10 | 4.06 | 324 | 597.5 | 7.10 |
| AC94638 | GGSMW-2 | 9/30/14 | <10 | <10 | 126.9 | <5 | <5 | <10 | 3271.1 | <10 | <10 | <1.0 | 15.4 | 6.50 | 3.45 | 320.0 | 8.25 |
| AC94639 | GGSMW-3 | 10/1/14 | 921.8 | 471.3 | 431.0 | <5 | <5 | <10 | 26466.3 | <10 | <10 | <1.0 | <10 | 7.67 | <2.00 | 707.5 | 48.80 |
| AC94640 | GGSMW-4 | 9/30/14 | <10 | <10 | 31.5 | <5 | <5 | <10 | 30222.3 | <10 | <10 | <1.0 | <10 | 6.05 | <2.00 | 237.5 | <2.5 |
| AC94641 | GGSMW-5 | 10/1/14 | 24.6 | 22.7 | 96.1 | <5 | <5 | <10 | 6673.0 | <10 | <10 | <1.0 | <10 | 12.2 | 189 | 412.5 | <2.5 |
| AC94642 | GGSMW-6 | 9/30/14 | <10 | <10 | 74.7 | <5 | <5 | <10 | 5219.0 | <10 | <10 | <1.0 | 12.4 | 32.7 | <2.00 | 690.0 | <2.5 |
| AC94643 | GGSMW-9 | 10/1/14 | 1601.0 | 1439.5 | 66.1 | <5 | <5 | <10 | 8394.8 | <10 | <10 | <1.0 | <10 | 25.6 | 71.8 | 397.5 | 10.60 |
| AC94644 | GGSMW-10 | 10/1/14 | 1095.0 | 509.6 | 613.9 | <5 | <5 | <10 | 30373.8 | <10 | <10 | <1.0 | <10 | 6.32 | <2.00 | 620.0 | 56.35 |
| AC94645 | GGSMW-11 | 10/1/14 | 239.9 | 125.1 | 148.8 | <5 | <5 | <10 | 25313.7 | <10 | <10 | <1.0 | <10 | 5.66 | 112 | 660.0 | 37.50 |
| AC94646 | GGSMW-12 | 10/1/14 | 75.7 | 68.1 | 149.6 | <5 | <5 | <10 | 9973.7 | <10 | <10 | <1.0 | <10 | 6.83 | 162 | 440.0 | 14.30 |

**Lab Parameters**

**Analytical & Biological Services**

santee cooper

| Sample ID | Location Code | Description | Sample Date | Arsenic | Arsenic - Dissolved | Barium | Cadmium | Chloride | Chromium | Copper | Depth | Elevation | Iron | Lead | Oxidation Reduction | Oxidation Reduction |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | ug/L | ug/L | ug/L | ug/L | mg/L | ug/L | ug/L | Feet | Feet | ug/L | ug/L | mv | mv |
| | | | | EPA 200.7 | EPA 200.7 | EPA 200.7 | EPA 200.7 | EPA 300.0 | EPA 200.7 | EPA 200.7 | | | EPA 200.7 | EPA 200.7 | SM2580 | SM2580 |
| AD14356 | GGSMW-1 | | 4/14/15 | <10 | <10 | 73.6 | <5 | 5.51 | <5 | <10 | 10.52 | 2.8 | 71390. | <10 | -14 | -17 |
| AD14357 | GGSMW-2 | | 4/14/15 | <10 | <10 | 84.5 | <5 | 4.60 | <5 | <10 | 3.28 | 7.78 | 3244.1 | <10 | -38 | -30 |
| AD14358 | GGSMW-3 | | 4/16/15 | 849.9 | 179.0 | 443.5 | <5 | 8.26 | <5 | <10 | 4.39 | 2.33 | 31303. | <10 | -65 | -65 |
| AD14359 | GGSMW-4 | | 4/14/15 | <10 | <10 | 35.7 | <5 | 10.8 | <5 | <10 | 9.76 | 2.25 | 29193. | <10 | 25 | 31 |
| AD14360 | GGSMW-5 | | 4/14/15 | <10 | 14.0 | 75.9 | <5 | 10.2 | <5 | <10 | 5.95 | 3.14 | 5554.4 | <10 | 43 | 42 |
| AD14361 | GGSMW-6 | | 4/14/15 | <10 | <10 | 74.3 | <5 | 25.8 | <5 | <10 | 6.07 | 2.12 | 6231.0 | <10 | 17 | 15 |
| AD14362 | GGSMW-9 | | 4/16/15 | 1363.3 | 1093.7 | 56.4 | <5 | 69.1 | <5 | <10 | 5.98 | 2.26 | 15791. | <10 | 26 | 22 |
| AD14363 | GGSMW-10 | | 4/16/15 | 553.0 | 69.6 | 473.0 | <5 | 38.5 | <5 | <10 | 4.96 | 3.96 | 59406. | <10 | -54 | -53 |
| AD14364 | GGSMW-11 | | 4/16/15 | 99.2 | 12.9 | 190.5 | <5 | 10.6 | <5 | <10 | 8.22 | 1.41 | 25661. | <10 | -32 | -28 |
| AD14365 | GGSMW-12 | | 4/14/15 | 48.1 | 37.4 | 121.3 | <5 | 7.85 | <5 | <10 | 11.51 | 3.39 | 12276. | <10 | 31 | 36 |

 santee cooper

# Ground Water Monitoring Report

| Sample ID | Location Code | Sample Date | Arsenic ug/L | Arsenic - Dissolved ug/L | Barium ug/L | Cadmium ug/L | Chromium ug/L | Copper ug/L | Iron ug/L | Lead ug/L | Selenium ug/L | Thallium ug/L | Zinc ug/L | Sulfate mg/L | Chloride mg/L | Total Dissolved Solids mg/L | Total Suspended Solids mg/L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AD34595 | GGSMW-1 | 11/2/15 | <10 | <10 | 73.2 | <5 | <5 | <10 | 148873.0 | <10 | <10 | <1.0 | 62.4 | 843 | 6.25 | 1416 | 16.35 |
| AD34596 | GGSMW-2 | 11/2/15 | <10 | <10 | 59.9 | <5 | <5 | <10 | 3601.4 | <10 | <10 | <1.0 | <10 | 3.89 | 5.15 | 206.0 | 7.95 |
| AD34598 | GGSMW-4 | 11/2/15 | <10 | <10 | 29.8 | <5 | <5 | <10 | 21599.1 | <10 | 10.5 | <1.0 | <10 | 2.94 | 23.5 | 228.0 | 1.50 |
| AD34599 | GGSMW-5 | 11/3/15 | 11.9 | 14.4 | 49.8 | <5 | <5 | <10 | 4213.1 | <10 | <10 | <1.0 | 29.0 | 111 | 5.48 | 263.0 | <1.0 |
| AD34600 | GGSMW-6 | 11/2/15 | <10 | <10 | 72.0 | <5 | <5 | <10 | 4521.7 | <10 | 11.2 | <1.0 | <10 | 26.8 | 9.43 | 651.0 | 3.95 |
| AD34601 | GGSMW-9 | 11/2/15 | 1241.3 | 1077.7 | 49.3 | <5 | <5 | <10 | 16768.3 | <10 | <10 | <1.0 | 22.4 | 231 | 165 | 752.0 | 4.10 |
| AD34603 | GGSMW-11 | 11/3/15 | 108.5 | 43.3 | 78.3 | <5 | <5 | <10 | 10171.5 | <10 | <10 | <1.0 | 44.1 | 65.2 | 5.40 | 347.0 | 16.08 |
| AD34604 | GGSMW-12 | 11/3/15 | 40.8 | 46.5 | 71.4 | <5 | <5 | <10 | 14070.7 | <10 | <10 | <1.0 | <10 | 138 | 5.73 | 435.0 | <1.0 |

# Ground Water Monitoring Report

**Lab Parameters**

| Sample ID | Location Code | Sample Date | Arsenic | Arsenic - Dissolved | Barium | Cadmium | Chromium | Copper | Iron | Lead | Selenium | Thallium | Zinc | Total Dissolved Solids | Total Suspended Solids | Chloride | Sulfate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | ug/L | ug/L | ug/L | ug/L | ug/L | ug/L | ug/L | ug/L | ug/L | ug/L | ug/L | mg/L | mg/L | mg/L | mg/L |
| AD37435 | GGSMW-3 | 12/8/15 | 198.4 | 112.821 | 85.2 | <5 | <5 | <10 | 3682.4 | <10 | <10 | <1.0 | 61.8 | 240.0 | 8.50 | 6.61 | 8.85 |
| AD37436 | GGSMW-10 | 12/8/15 | 558.9 | 188.010 | 401.3 | <5 | <5 | <10 | 61180.6 | <10 | <10 | <1.0 | 20.2 | 572.5 | 18.79 | 24.3 | 87.1 |

 santee cooper

# Ground Water Monitoring Report (NPDES)

## Lab Parameters

| Sample ID | Location Code | Comments | Sample Date | Arsenic | Arsenic Dissolved | Barium | Cadmium | Chromium | Copper | Iron | Lead | Selenium | Zinc | Total Dissolved Solids | Total Suspended Solids | Chloride | Sulfate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | ug/L | ug/L | ug/L | ug/L | ug/L | ug/L | ug/L | ug/L | ug/L | ug/L | mg/L | mg/L | mg/L | mg/L |
| AD46287 | GGSMW-1 | | 4/4/16 | 0.530 | 0.32 | 232.5 | <0.1 | 0.202 | <0.5 | 172227.4 | <0.1 | 0.265 | 26.28 | 1450 | 10.50 | 5.91 | 932 |
| AD46288 | GGSMW-2 | | 4/4/16 | 0.420 | 0.26 | 62.54 | <0.1 | 0.140 | <0.5 | 1475.9 | 0.152 | 0.207 | 10.81 | 115.0 | 16.60 | 2.44 | <2.00 |
| AD46289 | GGSMW-3 | | 4/5/16 | 329.7 | 229.8 | 34.76 | <0.1 | 0.226 | <0.5 | 6993.2 | <0.1 | 0.195 | 155.7 | 556.7 | 14.20 | 7.33 | <2.00 |
| AD46290 | GGSMW-4 | | 4/5/16 | 4.525 | 4.63 | 49.20 | <0.1 | 2.603 | <0.5 | 34482.6 | <0.1 | 0.729 | 27.45 | 258.3 | <2.0 | 20.3 | 40.6 |
| AD46291 | GGSMW-5 | | 4/5/16 | 4.467 | 4.33 | 70.02 | <0.1 | 0.226 | <0.5 | 172.1 | <0.1 | 0.419 | 12.65 | 193.3 | <2.0 | 6.73 | 124 |
| AD46292 | GGSMW-6 | | 4/5/16 | 0.827 | 0.90 | 61.91 | <0.1 | 1.692 | <0.5 | 3500.0 | <0.1 | 0.613 | <10 | 546.7 | <2.0 | 17.8 | <2.00 |
| AD46293 | GGSMW-9 | | 4/6/16 | 694.1 | 497.8 | 25.22 | <0.1 | 1.504 | <0.5 | 28553.3 | <0.1 | 1.028 | 12.40 | 278.3 | 8.17 | 42.6 | 133 |
| AD46294 | GGSMW-10 | | 4/6/16 | 229.4 | 19.57 | 320.1 | <0.1 | 0.723 | 0.523 | 46942.5 | 0.188 | 0.844 | 18.51 | 591.7 | 3.90 | 41.0 | 161 |
| AD46295 | GGSMW-11 | | 4/4/16 | 4.367 | 2.37 | 88.15 | 0.290 | <0.1 | <0.5 | 348.6 | <0.1 | 12.505 | 11.94 | 425.0 | <2.0 | 4.42 | 107 |
| AD46296 | GGSMW-12 | | 4/5/16 | 47.081 | 52.17 | 65.00 | <0.1 | 0.583 | <0.5 | 5951.3 | <0.1 | 0.462 | 26.99 | 238.3 | 3.10 | 5.80 | 107 |

santee cooper

**Ground Water Monitoring Report (NPDES)**

## Lab Parameters

| Sample ID | Location Code | Comments | Sample Date | Arsenic | Arsenic Dissolved | Barium | Cadmium | Chromium | Copper | Iron | Lead | Selenium | Thallium | Zinc | Chloride | Sulfate | Total Dissolved Solids | Total Suspended Solids |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | ug/L | ug/L | ug/L | ug/L | ug/L | ug/L | ug/L | ug/L | ug/L | ug/L | ug/L | mg/L | mg/L | mg/L | mg/L |
| AD63705 | GGSMW-1 | | 9/28/16 | <5 | <5 | 38.2 | <0.5 | <5 | <5 | 187000 | <1 | <10 | <1 | <10 | 12.2 | 885 | 1277 | 10.00 |
| AD63706 | GGSMW-2 | | 9/28/16 | <5 | <5 | 56.1 | <0.5 | <5 | <5 | 2680 | <1 | <10 | <1 | 25.2 | 3.30 | 16.6 | 176.7 | 13.35 |
| AD63707 | GGSMW-3 | | 10/4/16 | 581 | 125 | 358 | <0.5 | <5 | <5 | 22300 | <1 | <10 | <1 | <10 | 9.37 | <2.00 | 633.3 | 18.86 |
| AD63708 | GGSMW-4 | | 10/4/16 | 9.10 | 9.15 | 39.0 | <0.5 | <5 | <5 | 29700 | <1 | <10 | <1 | <10 | 10.5 | 20.5 | 310.0 | <1.33 |
| AD63709 | GGSMW-5 | | 9/28/16 | 150 | 153 | 77.7 | <0.5 | <5 | <5 | 9820 | <1 | <10 | 1.43 | 33.1 | 9.77 | 187 | 410.0 | <1.00 |
| AD63710 | GGSMW-6 | | 9/28/16 | <5 | <5 | 85.9 | <0.5 | <5 | <5 | 6390 | <1 | <10 | <1 | 20.4 | 38.8 | <2.00 | 581.7 | 22.14 |
| AD63711 | GGSMW-9 | | 10/4/16 | 2740 | 1930 | 81.4 | <0.5 | <5 | <5 | 12300 | <1 | <10 | <1 | 59.6 | 32.0 | 72.8 | 451.7 | 7.07 |
| AD63712 | GGSMW-10 | | 10/4/16 | 349 | 73.4 | 482 | <0.5 | <5 | <5 | 57000 | <1 | <10 | <1 | 14.5 | 30.3 | 170 | 708.3 | 8.07 |
| AD63713 | GGSMW-11 | | 10/4/16 | 223 | 84.8 | 151 | <0.5 | <5 | <5 | 21500 | <1 | <10 | <1 | 65.7 | 7.74 | 302 | 746.7 | 6.67 |
| AD63714 | GGSMW-12 | | 9/28/16 | 49.3 | 43.7 | 126 | <0.5 | <5 | <5 | 11100 | <1 | <10 | <1 | 54.5 | 6.70 | 192 | 416.7 | 1.30 |

 santee cooper

## Ground Water Monitoring Report

| Sample ID | Location Code | Comments | Sample Date | Arsenic | Arsenic Dissolved | Barium | Cadmium | Chromium | Copper | Iron | Lead | Selenium | Thallium | Zinc | Chloride | Sulfate | Total Dissolved Solids | Total Suspended Solids |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Lab Parameters** | | | | ug/L | ug/L | ug/L | ug/L | ug/L | ug/L | ug/L | ug/L | ug/L | ug/L | ug/L | mg/L | mg/L | mg/L | mg/L |
| AD77417 | GGSMW-1 | | 3/27/17 | <5.0 | <5.0 | 32.7 | <0.50 | <5.0 | <5.0 | 163000 | <1.0 | <10 | <1.0 | 11.9 | 13.9 | 954 | 1557 | 8.00 |
| AD77418 | GGSMW-2 | | 3/27/17 | <5.0 | <5.0 | 99.9 | <0.50 | <5.0 | <5.0 | 2210 | <1.0 | <10 | <1.0 | <10 | 3.49 | 73.5 | 258.3 | 4.60 |
| AD77419 | GGSMW-3 | | 3/28/17 | 250 | 68.0 | 183 | <0.50 | <5.0 | <5.0 | 10100 | <1.0 | <10 | <1.0 | 10.9 | 9.45 | <2.00 | 461.7 | 11.90 |
| AD77420 | GGSMW-4 | | 3/27/17 | <5.0 | <5.0 | 30.1 | <0.50 | <5.0 | <5.0 | 35100 | <1.0 | <10 | <1.0 | 18.6 | 10.6 | <2.00 | 280.0 | <1.4 |
| AD77421 | GGSMW-5 | | 3/27/17 | 14.9 | 13.9 | 107 | <0.50 | <5.0 | <5.0 | 322 | <1.0 | <10 | <1.0 | 26.1 | 7.56 | 92.2 | 246.7 | <2.0 |
| AD77422 | GGSMW-6 | | 3/27/17 | <5.0 | <5.0 | 58.1 | <0.50 | <5.0 | <5.0 | 4890 | <1.0 | <10 | <1.0 | 11.3 | 45.2 | <2.00 | 543.3 | <2.0 |
| AD77423 | GGSMW-9 | | 3/28/17 | 1590 | 1220 | 39.0 | <0.50 | <5.0 | <5.0 | 17500 | <1.0 | <10 | <1.0 | 20.7 | 33.1 | 79.0 | 363.3 | 3.00 |
| AD77424 | GGSMW-10 | | 3/28/17 | 209 | 156 | 401 | <0.50 | <5.0 | <5.0 | 62400 | <1.0 | <10 | <1.0 | 29.8 | 49.8 | 271 | 653.3 | 2.80 |
| AD77425 | GGSMW-11 | | 3/28/17 | 207 | 95 | 205 | <0.50 | <5.0 | <5.0 | 25400 | <1.0 | <10 | <1.0 | 10.7 | 11.0 | 239 | 725.0 | 12.60 |
| AD77426 | GGSMW-12 | | 3/27/17 | 14.0 | 13.7 | 67.0 | <0.50 | <5.0 | <5.0 | 2800 | <1.0 | <10 | <1.0 | 13.6 | 7.15 | 64.3 | 209.3 | <2.0 |

 santee cooper

## Ground Water Monitoring Report

| Sample ID | Location Code | Comments | Sample Date | Arsenic | Arsenic Dissolved | Barium | Cadmium | Chromium | Copper | Iron | Lead | Selenium | Thallium | Zinc | Chloride | Sulfate | Total Dissolved Solids | Total Suspended Solids |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | ug/L | ug/L | ug/L | ug/L | ug/L | ug/L | ug/L | ug/L | ug/L | ug/L | ug/L | mg/L | mg/L | mg/L | mg/L |
| AD92062 | GGSMW-1 | | 9/13/17 | <5.0 | <5.0 | 22.9 | <0.5 | <5.0 | <5.0 | 1290 | <1.0 | <10 | <1.0 | <10 | 2.68 | 59.4 | 398.0 | 1.81 |
| AD92063 | GGSMW-2 | | 9/14/17 | <5.0 | <5.0 | 237 | <0.5 | <5.0 | <5.0 | 6380 | <1.0 | <10 | <1.0 | 10.8 | 2.86 | 290 | 864.0 | 17.71 |
| AD92064 | GGSMW-3 | | 10/17/17 | 304 | 118 | 166 | <0.5 | <5 | <5 | 16500 | <1 | <10 | <1 | <10 | 10.3 | <2.00 | 358.3 | 6.80 |
| AD92065 | GGSMW-4 | | 9/14/17 | <5.0 | <5.0 | 36.3 | <0.5 | <5.0 | <5.0 | 26200 | <1.0 | <10 | <1.0 | <10 | 12.6 | 3.25 | 364.0 | 2.06 |
| AD92066 | GGSMW-5 | | 9/14/17 | 52.1 | 52.2 | 147 | <0.5 | <5.0 | <5.0 | 10300 | <1.0 | <10 | <1.0 | <10 | 7.78 | 184 | 498.0 | 28.94 |
| AD92067 | GGSMW-6 | | 9/14/17 | <5.0 | <5.0 | 74.2 | <0.5 | <5.0 | <5.0 | 5760 | <1.0 | <10 | <1.0 | <10 | 44.1 | <2.00 | 742.0 | 1.88 |
| AD92068 | GGSMW-9 | | 10/17/17 | 1760 | 1720 | 71 | <0.5 | <5 | <5 | 15300 | <1 | <10 | <1 | <10 | 58.3 | 155 | 540.0 | <1.0 |
| AD92069 | GGSMW-10 | | 9/15/17 | 61.7 | 43.6 | 174 | <0.5 | <5.0 | 12.2 | 7380 | 4.1 | <10 | <1.0 | <10 | 16.3 | 211 | 764.0 | QC Failed |
| AD92070 | GGSMW-11 | | 9/15/17 | 16.9 | 8.5 | 69.8 | <0.5 | <5.0 | <5.0 | 3470 | 2.3 | <10 | <1.0 | 20.5 | 4.35 | 61.6 | 354.0 | QC Failed |
| AD92071 | GGSMW-12 | | 9/14/17 | 38.3 | 38.4 | 72.2 | <0.5 | <5.0 | <5.0 | 3830 | <1.0 | <10 | <1.0 | <10 | 7.54 | 196 | 464.0 | <1.25 |
| AD95567 | GGSMW-10 | TSS ONLY | 10/17/17 | | | | | | | | | | | | | | | 6.30 |
| AD95568 | GGSMW-11 | TSS ONLY | 10/17/17 | | | | | | | | | | | | | | | 9.06 |

**EXHIBIT D:  Aquilogic Figures**



Arsenic Concentrations in Groundwater at Grainger: GGSMW-3

Figure 21





Arsenic Concentration

Notes:
ug/L: micrograms per liter
Open symbol indicates result does not exceed the reporting limit.

aquilogic

SELC Belews Creek

**Arsenic Concentrations in Groundwater at Grainger: GGSMW-5**

| 2/5/2019 | Project #: 019-11 | **Figure 22** |







Arsenic Concentration

Notes:
ug/L: micrograms per liter

SELC Belews Creek

aquilogic

Arsenic Concentrations in Groundwater at Grainger: GGSMW-10

| 2/5/2019 | Project #: 019-11 | Figure 24 |





SELC Belews Creek

Arsenic Concentrations in Groundwater at Grainger: GGSMW-11

| 2/5/2019 | Project #: 019-11 | **Figure 25** |





















SELC Belews Creek

**Arsenic Concentrations in Groundwater at Wateree: MW-3**

| 2/5/2019 | Project #: 019-11 | **Figure 30** |









Arsenic Concentrations in Groundwater at Wateree: MW-5

Figure 32









Arsenic Concentration

Notes:
ug/L: micrograms per liter
Open symbol indicates result does not exceed the reporting limit.

SELC Belews Creek

aquilogic

**Arsenic Concentrations in Groundwater at Wateree: MW-8**

| 2/5/2019 | Project #: 019-11 | **Figure 34** |









Arsenic Concentration

Notes:
ug/L: micrograms per liter
Open symbol indicates result does not exceed the reporting limit.

SELC Belews Creek

aquilogic

**Arsenic Concentrations in Groundwater at Wateree: MW-12**

| 2/5/2019 | Project #: 019-11 | **Figure 36** |

**EXHIBIT E:  Wateree Generating Station (WGS) Information**



**Semi-Annual Water-Quality Monitoring and Triennial Review Report:**
**October 2018 Monitoring**
**SCE&G Wateree Station**
**Site #00532**
**NPDES Permit #SC0002038**
**Groundwater Mixing Zone Consent Agreement 01-053-W**
**Eastover, Richland County, South Carolina**

**December 2018**

**Prepared by:**
**Nautilus Geologic Consulting, PLLC**

Brian S. Boutin, PG
11112 Branding Iron Place
Wendell, NC 27591

**Prepared for:**
South Carolina Electric & Gas Company
220 Operation Way
Mail Code C221
Cayce, SC 29033



(93.16)   **Water Table Elevation**
          **(ft. msl)**

—— 90

| Nautilus Geologic Consulting, PLLC | SCE&G WATEREE STATION | Groundwater Elevation Contour Map: October 2018 | JOB NUMBER |
| | | | SHEET 5 |

**Table 1**

**Historical Summary of Constituent Concentrations in Groundwater**
**Wateree Station**
**South Carolina Electric & Gas Company**
**Eastover, Richland County, South Carolina**

| Well ID | Event | Sample Date | Parameter | | | | |
|---------|-------|-------------|-----------------|----------------|------------------|-------------|----------------|
| | | | Arsenic (µg/L) | Cadmium (µg/L) | Chromium (µg/L) | Lead (µg/L) | Sulfate (mg/L) |
| MW-1 | **MZCL** | | **50** | **5** | **100** | **50** | **2,000** |
| | 1S01 | 4/17/01 | <5 | <1 | <10 | <5 | 2 |
| | 2S01 | 11/13/01 | <5 | <1 | <10 | <5 | 1.3 |
| | 1S02 | 4/23/02 | <5 | <1 | <10 | <5 | 2.22 |
| | 2S02 | 10/23/02 | <5 | <1 | <10 | <5 | 3.88 |
| | 1S03 | 4/15/03 | <5 | <1 | <10 | <5 | 0.86 |
| | 2S03 | 10/20/03 | <5 | <1 | <10 | <5 | 2.68 |
| | 1S04 | 3/9/04 | <5 | <1 | <10 | <5 | 1.1 |
| | 2S04 | 9/30/04 | <5 | <1 | <10 | <5 | 1.7 |
| | 1S05 | 4/13/05 | <5 | <1 | <10 | 6 | 3.05 |
| | 2S05 | 10/18/05 | <5 | <1 | <10 | 5 | 5.01 |
| | 1S06 | 3/15/06 | 5 | <1 | 23 | 7 | 1.35 |
| | 2S06 | 10/16/06 | <5 | <1 | <10 | <5 | 1.2 |
| | 1S07 | 4/30/07 | <5 | <1 | <10 | <5 | 0.69 |
| | 2S07 | 10/16/07 | <5 | <1 | 12 | <5 | 8.9 |
| | 1S08 | 4/16/08 | <5 | <1 | <10 | <5 | 1.4 |
| | 2S08 | 10/22/08 | 21.3 | <1 | 80.3 | 67.5 | 0.56 |
| | 2S08 (Resample) | 11/6/08 | <5.0* | NS | NS | NS | NS |
| | 1S09 | 4/21/09 | 19 | <1 | 93 | 40 | 11.36 |
| | 1S09 (Resample) | 5/7/09 | 24* | <1* | 86.0* | 34.0* | NS |
| | 2S09 | 11/5/09 | <5 | <1 | <10 | <5 | 136.9 |
| MW-1A | 1S10 | 4/20/10 | <5 | <1 | <10 | <5 | 0.75 |
| | 2S10 | 10/19/10 | <5 | <1 | <10 | 5.5 | <0.50 |
| | 1S11 | 4/12/11 | <5 | <1 | <5 | <5 | <0.50 |
| | 2S11 2S11 (Resample) | 11/1/11 | 9.3 | <1 | <5 | <5 | <0.50 |
| | 2S11 (Resample) | 11/22/11 | <5* | NS | NS | NS | NS |
| | 1S12 | 5/15/12 | <5 | <1 | <5 | <5 | <0.50 |
| | 2S12 | 11/6/12 | <5 | <1 | <5 | <5 | <0.50 |
| | 1S13 | 5/13/13 | <5 | <1 | <5 | <5 | <0.50 |
| | 2S13 | 10/21/13 | <5 | <1 | <5 | <5 | 0.7 |
| | 1S14 | 4/28/14 | <5 | <1 | <5 | <5 | 0.9 |
| | 2S14 | 10/14/14 | <5 | <1 | <5 | <5 | <0.5 |
| | 1S15 | 4/14/15 | <5 | <1 | <5 | <5 | <0.5 |
| | 2S15 | 10/13/15 | <0.5 | <0.1 | <0.5 | 1.6 | <0.5 |
| | 1S16 | 4/18/16 | <1 | <1 | <5 | 1.2 | 1.76 |
| | 2S16 | 10/10/16 | <1 | <1 | <1 | 1.5 | 65 |
| | 1S17 | 5/8/17 | <1 | <1 | <1 | 1.2 | <0.5 |
| | 2S17 | 9/26/17 | <1 | <1 | <1 | <1 | <0.5 |
| | 1S18 | 4/30/18 | <1 | <1 | <1 | 1.1 | <0.5 |
| | 2S18 | 10/22/18 | <1 | <1 | <1 | 1.1 | 0.9 |

| Well ID | Event | Sample Date | Arsenic (µg/L) | Cadmium (µg/L) | Chromium (µg/L) | Lead (µg/L) | Sulfate (mg/L) |
|---|---|---|---|---|---|---|---|
| MW-2 | **MZCL** | | **50** | **5** | **100** | **50** | **2,000** |
| | 1S01 | 4/17/01 | <5 | <1 | <10 | <5 | 66.9 |
| | 2S01 | 11/13/01 | <5 | <1 | <10 | <5 | 57.7 |
| | 1S02 | 4/23/02 | <5 | <1 | <10 | <5 | 52.6 |
| | 2S02 | 10/23/02 | <5 | <1 | <10 | <5 | 60.3 |
| | 1S03 | 4/15/03 | <5 | <1 | <10 | <5 | 52.4 |
| | 2S03 | 10/20/03 | <5 | <1 | <10 | <5 | 54.39 |
| | 1S04 | 3/9/04 | <5 | <1 | <10 | <5 | 52 |
| | 2S04 | 9/30/04 | <5 | <1 | <10 | <5 | 45.8 |
| | 1S05 | 4/13/05 | <5 | <1 | <10 | <5 | 45.9 |
| | 2S05 | 10/18/05 | <5 | <1 | <10 | <5 | 44.6 |
| | 1S06 | 3/15/06 | <5 | <1 | <10 | <5 | 39.56 |
| | 2S06 | 10/16/06 | <5 | <1 | <10 | <5 | 35.9 |
| | 1S07 | 4/30/07 | <5 | <1 | <10 | <5 | 32.2 |
| | 2S07 | 10/16/07 | <5 | <1 | <10 | <5 | 34 |
| | 1S08 | 4/16/08 | <5 | <1 | <10 | <5 | 38.3 |
| | 2S08 | 10/22/08 | <5 | <1 | <10 | 8.4 | 33.7 |
| | 1S09 | 4/21/09 | <5 | <1 | <10 | 8.4 | 37.7 |
| | 2S09 | 11/5/09 | <5 | <1 | <10 | <5 | 31.4 |
| | 1S10 | 4/20/10 | <5 | <1 | <10 | <5 | 35.8 |
| | 2S10 | 10/19/10 | <5 | <1 | <10 | <5 | 27.9 |
| | 1S11 | 4/12/11 | <5 | <1 | <5 | <5 | 33.6 |
| | 2S11 | 11/1/11 | <5 | <1 | <5 | <5 | 34 |
| | 1S12 | 5/15/12 | <5 | <1 | <5 | <5 | 34.6 |
| | 2S12 | 11/6/12 | 5.1 | <1 | <5 | <5 | 40.7 |
| | 1S13 | 5/13/13 | <5 | <1 | <5 | <5 | 44.6 |
| | 2S13 | 10/21/13 | <5 | <1 | <5 | <5 | 40.4 |
| | 1S14 | 4/28/14 | <5 | <1 | <5 | <5 | 28.8 |
| | 2S14 | 10/14/14 | <5 | <1 | <5 | <5 | 45.2 |
| | 1S15 | 4/15/15 | <5 | <1 | <5 | <5 | 44.5 |
| | 2S15 | 10/13/15 | 2 | <0.1 | <0.5 | <0.5 | 52.76 |
| | 1S16 | 4/18/16 | <1 | <1 | <5 | 1.3 | 21.9 |
| | 2S16 | 10/10/16 | 2.6 | <1 | <1 | <1 | 44.7 |
| | 1S17 | 5/9/17 | <1 | <1 | <1 | <1 | 16.2 |
| | 2S17 | 9/26/17 | 2.5 | <1 | <1 | <1 | 32.8 |
| | 1S18 | 5/1/18 | 2.3 | <1 | <1 | <1 | 30.8 |
| | 2S18 | 10/22/18 | 2 | <1 | <1 | <1 | 31.3 |

| Well ID | Event | Sample Date | Arsenic (µg/L) | Cadmium (µg/L) | Chromium (µg/L) | Lead (µg/L) | Sulfate (mg/L) |
|---------|-------|-------------|----------------|----------------|-----------------|-------------|----------------|
| MW-3 | **MZCL** | | **3,000** | **5** | **100** | **50** | **2,000** |
| | 1S01 | 4/17/01 | 165 | <1 | <10 | <5 | 73.4 |
| | 2S01 | 11/13/01 | 231 | <1 | <10 | <5 | 57.8 |
| | 1S02 | 4/23/02 | <1 | <10 | <5 | 64.1 | |
| | 2S02 | 10/23/02 | 186 | <1 | <10 | <5 | 57.2 |
| | 1S03 | 4/15/03 | 284 | <1 | <10 | <5 | 63.9 |
| | 2S03 | 10/20/03 | 193 | <1 | <10 | <5 | 56.76 |
| | 1S04 | 3/9/04 | 432.7 | <1 | <10 | <5 | 38.8 |
| | 2S04 | 9/30/04 | 198 | <1 | <10 | 22.4 | 44.8 |
| | 1S05 | 4/13/05 | 377 | <1 | 13 | 6 | 40.1 |
| | 2S05 | 10/18/05 | 201 | <1 | <10 | <5 | 52.3 |
| | 1S06 | 3/15/06 | 305 | <1 | <10 | <5 | 42.35 |
| | 2S06 | 10/16/06 | 209 | <1 | <10 | <5 | 45.1 |
| | 1S07 | 4/30/07 | 232 | <1 | <10 | <5 | 43.8 |
| | 2S07 | 10/16/07 | 179 | <1 | <10 | <5 | 38.1 |
| | 1S08 | 4/16/08 | 402 | <1 | <10 | <5 | 47.2 |
| | 2S08 | 10/22/08 | 189 | <1 | <10 | <5 | 40.98 |
| | 2S08 | 11/6/08 | 208* | NS | NS | NS | NS |
| | 1S09 | 4/21/09 | 294 | <1 | <10 | <5 | 35.8 |
| | 1S09 (Resample) | 5/7/09 | 143* | <1* | <10* | <5* | NS |
| | 2S09 | 11/5/09 | 162 | <1 | <10 | <5 | 29.6 |
| | 1S10 | 4/20/10 | 485 | <1 | <10 | <5 | 36.6 |
| | 2S10 | 10/19/10 | 144 | <1 | <10 | <5 | 28.1 |
| | 1S11 | 4/12/11 | 176 | 1.3 | <5 | <5 | 63 |
| | 2S11 | 11/1/11 | 202 | <1 | <5 | <5 | 46.7 |
| | 1S12 | 5/15/12 | 164 | <1 | <5 | <5 | 58.8 |
| | 2S12 | 11/6/12 | 162 | <1 | <5 | <5 | 41.9 |
| | 1S13 | 5/13/13 | 103 | <1 | <5 | <5 | 70.5 |
| | 2S13 | 10/21/13 | 153 | <1 | <5 | <5 | 86.4 |
| | 1S14 | 4/28/14 | 82.8 | 1.2 | <5 | <5 | 44.6 |
| | 2S14 | 10/14/14 | 122 | <1 | <5 | <5 | 59.1 |
| | 1S15 | 4/15/15 | 52.5 | <1 | <5 | <5 | 15.6 |
| | 2S15 | 10/12/15 | 2.9 | <0.1 | <0.5 | <0.5 | <0.5 |
| | 1S16 | 4/18/16 | 7.6 | <1 | <5 | <1 | <0.5 |
| | 2S16 | 10/10/16 | 3.6 | <1 | <1 | <1 | <0.5 |
| | 1S17 | 5/9/17 | 2.5 | <1 | <1 | <1 | 1.09 |
| | 2S17 | 9/26/17 | 70.1 | <1 | <1 | <1 | 59.5 |
| | 2S17 (Resample) | 10/11/17 | 88.6 | NS | NS | NS | NS |
| | 1S18 | 4/30/18 | 3.1 | <1 | <1 | <1 | <0.5 |
| | 2S18 | 10/22/18 | 63.8 | <1 | <1 | 0.12 J | 63.8 |

| Well ID | Event | Sample Date | Parameter Mercury (µg/L) | Cadmium (µg/L) | Chromium (µg/L) | Lead (µg/L) | Sulfate (mg/L) |
|---------|-------|-------------|--------------------------|----------------|-----------------|-------------|----------------|
| MW-4 | **MZCL** | | **3,000** | **5** | **100** | **50** | **2,000** |
| | 1S01 | 4/17/01 | 8.1 | <1 | <10 | <5 | 4.6 |
| | 2S01 | 11/13/01 | <5 | <1 | <10 | <5 | 4.4 |
| | 1S02 | 4/23/02 | 8.8 | <1 | <10 | <5 | 4.8 |
| | 2S02 | 10/23/02 | <5 | <1 | <10 | <5 | 4.1 |
| | 1S03 | 4/15/03 | 12.3 | <1 | <10 | <5 | 5.5 |
| | 2S03 | 10/20/03 | <5 | <1 | <10 | <5 | 2.91 |
| | 1S04 | 3/9/04 | 7.6 | 3.4 | <10 | <5 | 2.2 |
| | 2S04 | 9/30/04 | 7.9 | 2.2 | <10 | <5 | 12.6 |
| | 1S05 | 4/13/05 | <5 | <1 | <10 | <5 | 3.39 |
| | 2S05 | 10/18/05 | 15.1 | 3.4 | <10 | <5 | 6.3 |
| | 1S06 | 3/15/06 | <5 | 2.2 | <10 | <5 | 3.96 |
| | 2S06 | 10/16/06 | <5 | <1 | <10 | <5 | 4.3 |
| | 1S07 | 4/30/07 | <5 | <1 | <10 | <5 | <0.50 |
| | 2S07 | 10/16/07 | <5 | <1 | <10 | <5 | <0.50 |
| | 1S08 | 4/16/08 | <5 | 1.1 | <10 | <5 | <0.5 |
| | 2S08 | 10/22/08 | <5 | <1 | <10 | <5 | <0.5 |
| | 1S09 | 4/21/09 | <5 | <1 | <10 | <5 | 7.02 |
| | 2S09 | 11/5/09 | <5 | <1 | <10 | <5 | <0.5 |
| | 1S10 | 4/20/10 | <5 | 3.2 | <10 | <5 | 10.4 |
| | 2S10 | 10/19/10 | <5 | <1 | <10 | <5 | <0.5 |
| | 1S11 | 4/12/11 | <5 | <1 | <5 | <5 | <0.5 |
| | 2S11 | 11/1/11 | <5 | <1 | <5 | <5 | 3 |
| | 1S12 | 5/15/12 | <5 | 1.9 | <5 | <5 | 8.7 |
| | 2S12 | 11/6/12 | <5 | 1.5 | <5 | <5 | <0.5 |
| | 1S13 | 5/13/13 | <5 | 1.5 | <5 | <5 | 1.05 |
| | 2S13 | 10/21/13 | <5 | <1 | <5 | <5 | 0.9 |
| | 1S14 | 4/28/14 | <5 | 3.6 | <5 | <5 | 6.1 |
| | 2S14 | 10/14/14 | <5 | 3.7 | <5 | <5 | 0.96 |
| | 1S15 | 4/15/15 | <5 | <1 | <5 | <5 | 1.4 |
| | 2S15 | 10/12/15 | 2 | <0.1 | 0.5 | <0.5 | 0.71 |
| | 1S16 | 4/18/16 | 2.1 | <1 | <5 | <1 | 2.76 |
| | 2S16 | 10/10/16 | 2.4 | <1 | <1 | <1 | <0.5 |
| | 1S17 | 5/9/17 | 1.6 | <1 | 1.9 | <1 | 3.58 |
| | 2S17 | 9/26/17 | 2.8 | <1 | <1 | <1 | <0.5 |
| | 1S18 | 4/30/18 | 2.8 | <1 | <1 | <1 | <0.5 |
| | 2S18 | 10/22/18 | 2.3 | <1 | <1 | 0.12 J | 1.23 |

| Well ID | Event | Sample Date | Parameter | | | | |
|---------|-------|-------------|-----------------|----------------|------------------|-----------|---------------|
| | | | 1,2660 (µg/L) | Cadmium (µg/L) | Chromium (µg/L) | Lead (µg/L) | Sulfate (mg/L) |
| MW-5 | **MZCL** | | **50** | **15** | **100** | **50** | **2,000** |
| | 1S01 | 4/17/01 | <5 | 2.2 | <10 | <5 | 0.7 |
| | 2S01 | 11/13/01 | <5 | <1 | <10 | <5 | 34.6 |
| | 1S02 | 4/23/02 | 5 | 4.2 | 18.5 | 8.5 | 1.93 |
| | 2S02 | 10/23/02 | <5 | <1 | <10 | <5 | 2.71 |
| | 1S03 | 4/15/03 | 15.4 | <1 | <10 | <5 | <0.5 |
| | 2S03 | 10/20/03 | <5 | <1 | <10 | <5 | <0.5 |
| | 1S04 | 3/9/04 | 8 | 3.1 | <10 | <5 | <0.5 |
| | 2S04 | 9/30/04 | 7.3 | 5.8 | <10 | <5 | 4 |
| | 1S05 | 4/13/05 | 10 | <1 | 15 | 8 | <0.5 |
| | 2S05 | 10/18/05 | 5.2 | 5.4 | <10 | <5 | <0.5 |
| | 1S06 | 3/15/06 | <5 | 5.5 | <10 | <5 | <0.5 |
| | 2S06 | 10/16/06 | <5 | <1 | <10 | <5 | <0.5 |
| | 1S07 | 4/30/07 | <5 | <1 | <10 | <5 | <0.50 |
| | 2S07 | 10/16/07 | <5 | 1.14 | <10 | <5 | <0.50 |
| | 1S08 | 4/16/08 | <5 | 1.9 | <10 | <5 | <0.5 |
| | 2S08 | 10/22/08 | <5 | 1.4 | <10 | 6.6 | <0.5 |
| | 1S09 | 4/21/09 | <5 | <1 | <10 | <5 | <0.5 |
| | 2S09 | 11/5/09 | <5 | <1 | <10 | <5 | <0.5 |
| | 1S10 | 4/20/10 | <5 | 3.4 | <10 | <5 | <0.5 |
| | 2S10 | 10/19/10 | <5 | <1 | <10 | <5 | <0.5 |
| | 1S11 | 4/12/11 | 6.1 | <1 | <5 | <5 | <0.5 |
| | 2S11 | 11/1/11 | 9.1 | <1 | <5 | 6.1 | 4 |
| | 2S11 (Resample) | 12/2/11 | <5* | NS | NS | NS | NS |
| | 1S12 | 5/15/12 | <5 | 3.4 | <5 | 7 | 13.4 |
| | 2S12 | 11/6/12 | <5 | 2.9 | <5 | 8.8 | 37.8 |
| | 1S13 | 5/13/13 | 5.7 | <1 | 9.5 | 7.2 | <0.5 |
| | 2S13 | 10/21/13 | <5 | 1.1 | <5 | 6.4 | 0.9 |
| | 1S14 | 4/28/14 | <5 | 3.5 | 5.7 | <5 | 0.9 |
| | 2S14 | 10/13/14 | <5 | <1 | <5 | 6.2 | <0.5 |
| | 1S15 | 4/14/15 | <5 | 2.9 | <5 | <5 | <0.5 |
| | 2S15 | 10/12/15 | 4.4 | <0.1 | <0.5 | <0.5 | <0.5 |
| | 1S16 | 4/18/16 | 4.4 | <1 | <5 | <1 | 0.592 |
| | 2S16 | 10/10/16 | 5.1 | <1 | 1.7 | <1 | <0.5 |
| | 1S17 | 5/9/17 | 2.9 | <1 | 1.3 | <1 | 0.93 |
| | 2S17 | 9/26/17 | 4.5 | <1 | 1.3 | <1 | <0.5 |
| | 1S18 | 4/30/18 | 3.6 | <1 | <1 | 0.11 J | <0.5 |
| | 2S18 | 10/22/18 | 4.4 | <1 | <1 | <1 | <0.5 |

| Well ID | Event | Sample Date | Parameter | | | | |
|---------|-------|-------------|-----------|--|--|--|--|
| | | | Lead (µg/L) | Cadmium (µg/L) | Chromium (µg/L) | Lead (µg/L) | Sulfate (mg/L) |
| MW-6 | **MZCL** | | **50** | **5** | **100** | **50** | **2,000** |
| | 2S01 | 11/13/01 | <5 | <1 | <10 | <5 | 48.4 |
| | 1S02 | 4/23/02 | <5 | <1 | <10 | <5 | 47.9 |
| | 2S02 | 10/23/02 | <5 | <1 | <10 | <5 | 39.5 |
| | 1S03 | 4/15/03 | <5 | <1 | <10 | <5 | 32.4 |
| | 2S03 | 10/20/03 | <5 | <1 | <10 | <5 | 44.92 |
| | 1S04 | 3/9/04 | <5 | 2.8 | <10 | <5 | 2.9 |
| | 2S04 | 9/30/04 | <5 | <1 | <10 | <5 | 32.1 |
| | 1S05 | 4/13/05 | <5 | <1 | <10 | <5 | 29.6 |
| | 2S05 | 10/18/05 | <5 | <1 | <10 | <5 | 35.9 |
| | 1S06 | 3/15/06 | <5 | <1 | <10 | <5 | 34.22 |
| | 2S06 | 10/16/06 | <5 | <1 | <10 | <5 | 30.4 |
| | 1S07 | 4/30/07 | <5 | <1 | <10 | <5 | <0.50 |
| | 2S07 | 10/16/07 | <5 | <1 | 187 | 11.6 | <0.50 |
| | 1S08 | 4/16/08 | 6.4 | <1 | <10 | <5 | 30 |
| | 2S08 | 10/22/08 | <5 | <1 | 29.6 | <5 | 24.5 |
| | 1S09 | 4/21/09 | <5 | <1 | <10 | <5 | <0.5 |
| | 2S09 | 11/5/09 | <5 | <1 | <10 | <5 | 22.5 |
| | 1S10 | 4/20/10 | <5 | 3.4 | <10 | <5 | 1.56 |
| | 2S10 | 10/19/10 | <5 | 3.7 | <10 | <5 | 5.33 |
| | 1S11 | 4/12/11 | <5 | 1.2 | <5 | <5 | 29.9 |
| | 2S11 | 11/1/11 | <5 | 1.2 | <5 | <5 | 29.4 |
| | 1S12 | 5/16/12 | 6.7 | <1 | 7.3 | <5 | 35 |
| | 2S12 | 11/6/12 | <5 | <1 | <5 | <5 | 37.2 |
| | 1S13 | 5/13/13 | 5 | <1 | <5 | <5 | 31.2 |
| | 2S13 | 10/21/13 | <5 | <1 | <5 | <5 | 34.8 |
| | 1S14 | 4/28/14 | <5 | <1 | <5 | <5 | 26 |
| | 2S14 | 10/13/14 | <5 | <1 | <5 | <5 | 26.2 |
| | 1S15 | 4/14/15 | <5 | <1 | <5 | <5 | 30.8 |
| | 2S15 | 10/12/15 | 0.8 | <0.1 | <0.5 | <0.5 | 29.52 |
| | 1S16 | 4/18/16 | 1.4 | <1 | <5 | <1 | 27.6 |
| | 2S16 | 10/10/16 | 1.1 | <1 | <1 | <1 | 37.8 |
| | 1S17 | 5/9/17 | 1.5 | <1 | <1 | <1 | 31.41 |
| | 2S17 | 9/26/17 | 1.1 | <1 | <1 | <1 | 36.1 |
| | 1S18 | 5/1/18 | 1.2 | <1 | <1 | <1 | 27.5 |
| | 2S18 | 10/22/18 | 1.1 | <1 | <1 | <1 | 29.6 |

| Well ID | Event | Sample Date | Parameter | | | | |
|---------|-------|-------------|-----------|---|---|---|---|
| | | | Arsenic (µg/L) | Cadmium (µg/L) | Chromium (µg/L) | Lead (µg/L) | Sulfate (mg/L) |
| MW-8 | **MZCL** | | **50** | **15** | **100** | **50** | **2,000** |
| | 1S01 | 4/17/01 | 15.1 | 1 | <10 | <5 | 226.8 |
| | 2S01 | 11/13/01 | <5 | <1 | <10 | <5 | 91.6 |
| | 1S02 | 4/23/02 | 7.8 | <1 | <10 | 5 | 158.5 |
| | 2S02 | 10/23/02 | <5 | <1 | <10 | <5 | 243 |
| | 1S03 | 4/15/03 | <5 | 4.4 | <10 | <5 | 441.3 |
| | 2S03 | 10/20/03 | 19.8 | 3.4 | <10 | <5 | 164.9 |
| | 1S04 | 3/9/04 | <5 | 3.9 | <10 | <5 | 99.2 |
| | 2S04 | 9/30/04 | <5 | <1 | <10 | <5 | 247.1 |
| | 1S05 | 4/13/05 | <5 | <1 | <10 | <5 | 290 |
| | 2S05 | 10/18/05 | <5 | <1 | <10 | <5 | 314 |
| | 1S06 | 3/15/06 | <5 | 2.8 | <10 | <5 | 207.8 |
| | 2S06 | 10/16/06 | <5 | <1 | <10 | <5 | 170 |
| | 1S07 | 4/30/07 | 6 | <1 | <10 | <5 | 73 |
| | 2S07 | 10/16/07 | <5 | <1 | <10 | <5 | 13 |
| | 1S08 | 4/16/08 | <5 | <1 | <10 | <5 | 15.1 |
| | 2S08 | 10/22/08 | <5 | <1 | <10 | <5 | 3.2 |
| | 1S09 | 4/21/09 | <5 | <1 | <10 | <5 | 37.1 |
| | 2S09 | 11/5/09 | <5 | <1 | <10 | <5 | 37.8 |
| | 1S10 | 4/20/10 | <5 | 3.1 | <10 | <5 | 12.08 |
| | 2S10 | 10/19/10 | <5 | 3.1 | <10 | <5 | 1.11 |
| | 1S11 | 4/12/11 | <5 | <1 | 6.5 | <5 | 66.3 |
| | 2S11 | 11/1/11 | <10 | 2.2 | <10 | <10 | 115 |
| | 1S12 | 5/16/12 | <50 | <10 | <50 | <50 | 195 |
| | 2S12 | 11/6/12 | 10.7 | 2.8 | <10 | <10 | 198 |
| | 1S13 | 5/13/13 | <5 | <1 | 5 | 10.6 | 129.9 |
| | 2S13 | 10/21/13 | <5 | <1 | <5 | 5.6 | 125 |
| | 1S14 | 4/28/14 | <5 | 2 | <5 | <5 | 119 |
| | 2S14 | 10/13/14 | <5 | <1 | <5 | <5 | 77.4 |
| | 1S15 | 4/14/15 | <5 | <1 | <5 | 5 | 63.8 |
| | 2S15 | 10/12/15 | 1.7 | <0.1 | 2 | 0.62 | 49.4 |
| | 1S16 | 4/19/16 | 3.4 | <1 | <5 | <1 | 114.8 |
| | 2S16 | 10/11/16 | 5.6 | <1 | 1.3 | <1 | 106.3 |
| | 1S17 | 5/9/17 | 4.3 | <1 | 1.2 | <1 | 94.25 |
| | 2S17 | 9/26/17 | 3.2 | <1 | <1 | <1 | 93 |
| | 1S18 | 5/1/18 | 2.5 | <1 | <1 | <1 | 33 |
| | 2S18 | 10/22/18 | 1.5 | <1 | 0.70 J | <1 | 8.78 |

| Well ID | Event | Sample Date | Arsenic (µg/L) | Cadmium (µg/L) | Chromium (µg/L) | Lead (µg/L) | Sulfate (mg/L) |
|---|---|---|---|---|---|---|---|
| MW-11 | **MZCL** | | **3,000** | **5** | **100** | **50** | **2,000** |
| | 1S01 | 4/17/01 | 565 | <1 | <10 | <5 | 59.2 |
| | 2S01 | 11/13/01 | 1,150 | <1 | <10 | <5 | 60.3 |
| | 1S02 | 4/23/02 | 1,143 | <1 | <10 | <5 | 63.8 |
| | 2S02 | 10/23/02 | 774 | <1 | <10 | <5 | 68.2 |
| | 1S03 | 4/15/03 | 322 | <1 | <10 | <5 | 57.7 |
| | 2S03 | 10/20/03 | 1,345 | <1 | <10 | <5 | 63.9 |
| | 1S04 | 3/9/04 | 337 | <1 | 19.2 | 7.9 | 54.3 |
| | 2S04 | 9/30/04 | 563 | <1 | 18.7 | 9.7 | 40.7 |
| | 1S05 | 4/13/05 | 891 | <1 | 73 | 39 | 53.9 |
| | 2S05 | 10/18/05 | 1,512 | <1 | 31.4 | 13.7 | 54.2 |
| | 1S06 | 3/15/06 | **5,100** | <1 | 40 | 14 | 36.82 |
| | 1S06 (Resample) | 6/1/06 | 968* | NS | NS | NS | NS |
| | 2S06 | 10/16/06 | 1,492 | <1 | <10 | <5 | 68.2 |
| | 1S07 | 4/30/07 | **4,051** | <1 | 10 | 7 | 27.5 |
| | 1S07 (Resample) | 5/7/07 | 252* | NS | NS | NS | NS |
| | 2S07 | 10/16/07 | 2,452 | <1 | <10 | 5.2 | 26.8 |
| | 1S08 | 4/16/08 | 310 | <1 | <10 | <5 | 35.4 |
| | 2S08 | 10/22/08 | 2,149 | <1 | 13.2 | 8 | 32.04 |
| | 2S08 (Resample) | 11/6/08 | 424* | NS | NS | NS | NS |
| | 1S09 | 4/21/09 | 567 | <1 | <10 | <5 | 41.9 |
| | 1S09 (Resample) | 5/7/09 | 932* | <1* | <10* | <5* | NS |
| | 2S09 | 11/5/09 | 576 | <1 | <10 | <5 | 27.6 |
| | 1S10 | 4/20/10 | 796 | <1 | 31.7 | 10.9 | 60.8 |
| | 2S10 | 10/19/10 | 696 | <1 | <10 | <5 | 55.7 |
| | 1S11 | 4/12/11 | 380 | <1 | 8.7 | <5 | 44.5 |
| | 1S11 (Resample) | 6/15/11 | 1,100* | <1* | <5* | <5* | 102.4* |
| | 2S11 | 11/1/11 | 318 | <1 | <5 | <5 | 107 |
| | 1S12 | 5/15/12 | 690 | <1 | <5 | <5 | 85.8 |
| | 2S12 | 11/6/12 | 460 | <1 | <5 | <5 | 43 |
| | 1S13 | 5/13/13 | 94.5 | <1 | <5 | <5 | 24.7 |
| | 2S13 | 10/22/13 | 355 | <1 | <5 | <5 | 42.4 |
| | 1S14 | 4/28/14 | 97 | <1 | <5 | <5 | 25.9 |
| | 2S14 | 10/13/14 | 101 | <1 | <5 | <5 | 22.2 |
| | 1S15 | 4/14/15 | 93.8 | <1 | <5 | <5 | 15.5 |
| | 2S15 | 10/13/15 | 58.6 | <0.1 | 1.8 | 0.61 | 19.35 |
| | 1S16 | 4/19/16 | 54.4 | <1 | <5 | <1 | 19.6 |
| | 2S16 | 10/11/16 | 64.3 | <1 | 1.9 | <1 | 13.4 |
| | 1S17 | 5/9/17 | 56.4 | <1 | 5.6 | 1.9 | 13.21 |
| | 2S17 | 9/26/17 | 66.6 | <1 | 1.5 | <1 | 15.6 |
| | 1S18 | 5/1/18 | 48 | <1 | 1.3 | 0.94 J | 21.4 |
| | 2S18 | 10/22/18 | 80.5 | <1 | <1 | 0.12 J | 20.9 |
| MW-12 | 1S15 | 4/14/15 | <5.0 | <1.0 | <5.0 | <5.0 | 24.6 |
| | 2S15 | 10/13/15 | 1.9 | <0.1 | 0.5 | <0.5 | 30.12 |
| | 1S16 | 4/19/16 | 2.5 | <1 | <5 | <1 | 25.1 |
| | 2S16 | 10/1/16 | 1.3 | <1 | <1 | <1 | 1.17 |
| | 1S17 | 5/9/17 | 2.8 | <1 | 1.2 | <1 | 20.44 |
| | 2S17 | 9/26/17 | <1 | <1 | <1 | <1 | 44.8 |
| | 1S18 | 4/30/18 | 2.2 | <1 | <1 | <1 | 17.4 |
| | 2S18 | 10/22/18 | 2.9 | <1 | <1 | <1 | 18.3 |

Notes:
1) All concentrations for total metals and are provided in micrograms per liter (µg/l).
2) Sulfate concentrations are provided in milligrams per liter (mg/L).
3) MZCL = Mixing Zone Contaminant Level.
4) MZCL for arsenic for wells MW-1A, MW-2, MW-5, MW-6, MW-8, and MW-9 is 50 ug/l.
5) MZCL for arsenic for wells MW-3, MW-4, and MW-11 is 3,000 ug/l.
6) MZCL for cadmium for wells MW-1, MW-2, MW-3, MW-4, MW-6, and MW-11 is 5.0 ug/l.
7) MZCL for cadmium for wells MW-5, MW-8, and MW-9 is 15.0 ug/l.
8) NS = Not analyzed.
9) Bold type indicates concentration above MZCL.
10) * = Results of resampling