# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **MOBILE BAYKEEPER, INC.,** | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. 1:22-00382-KD-B |
| **ALABAMA POWER COMPANY,** | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on Plaintiff Mobile Baykeeper, Inc.'s ("Baykeeper") Motion to Reconsider the Court's January 4, 2024, Order, (Doc. 108), granting Defendant Alabama Power Company's ("Alabama Power") Corrected Motion to Dismiss, (Doc. 60). (Doc. 111). Alabama Power is **ORDERED** to respond to Baykeeper's Motion, (Doc. 111), by Tuesday, February 20, 2024. Baykeeper shall not reply in support of its Motion unless the Court separately so orders.

**DONE** this 6th day of February 2024.

s / Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE
