# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| MOBILE BAYKEEPER, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No.: 1:22-cv-00382-KD-B |
| ALABAMA POWER COMPANY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Plaintiff Mobile Baykeeper ("Baykeeper") hereby appeals to the United States Court of Appeals for the Eleventh Circuit from this Court's Order (Doc. 108) and Judgment (Doc. 109) granting Defendant Alabama Power Company's Motion to Dismiss and dismissing Baykeeper's action without prejudice, and this Court's Order (Doc. 116) denying Baykeeper's Motion to Reconsider.

Respectfully submitted this 20th day of August 2024.

s/ Barry A. Brock
Barry A. Brock
*One of the Attorneys for Plaintiffs*

**OF COUNSEL:**

Barry Brock (ASB-9137-B61B)
Christina Tidwell (ASB-9696-D10R)
Southern Environmental Law Center
2829 Second Avenue S., Suite 282
Birmingham, AL 35233
Telephone: (205) 745-3060
bbrock@selcal.org
ctidwell@selcal.org

Richard Moore (ASB-5730-M55R)
450C Government Street
Mobile, AL 36602

Nicholas Torrey *(admitted pro hac vice)*
Southern Environmental Law Center
601 W. Rosemary St, Suite 220
Chapel Hill, NC 27516
Telephone: (919) 967-1450
ntorrey@selcnc.org

Frank Holleman *(admitted pro hac vice)*
Southern Environmental Law Center
525 East Bay Street, Suite 200
Charleston, SC 29403
Telephone: (843) 720-5270

Telephone: (865) 300-1206        fholleman@selcsc.org
richardmooreig@hotmail.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on August 20, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of the filing to all counsel of record.

s/ Barry A. Brock
Barry A. Brock
*One of the Attorneys for Plaintiffs*
