**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| MOBILE BAYKEEPER, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CASE NO.: 1:22-cv-00382-KD-B |
| ALABAMA POWER COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE OF FILING**

Plaintiff Mobile Baykeeper, by and through undersigned counsel, hereby gives notice to the Court that the following was served upon all counsel of record:

1. Plaintiff Mobile Baykeeper's Initial Disclosures to Defendant Alabama Power Company, on October 9, 2026.

Respectfully submitted this the 9th day of October, 2026.

/s/ Christina Tidwell
Christina Tidwell
*One of the Attorneys for the Plaintiff*

**OF COUNSEL:**
Barry Brock (ASB-9137-B61B)
Christina Tidwell (ASB-9696-D10R)
Ryan Anderson (ASB-7600-M22Y)
Southern Environmental Law Center
2829 Second Avenue S., Suite 282
Birmingham, AL 35233
Telephone: (205) 745-3060
bbrock@selc.org
ctidwell@selc.org
randerson@selc.org

Nicholas Torrey *(admitted pro hac vice)*
Southern Environmental Law Center
601 W. Rosemary St, Suite 220
Chapel Hill, NC 27516
Telephone: (919) 967-1450
ntorrey@selc.org

Frank Holleman *(admitted pro hac vice)*
Southern Environmental Law Center
525 East Bay Street, Suite 200
Charleston, SC 29403
Telephone: (843) 720-5270
fholleman@selc.org

**CERTIFICATE OF SERVICE**

I hereby certify that, on October 9, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of the filing to all counsel of record.

/s/ Christina Tidwell
Christina Tidwell
*One of the Attorneys for the Plaintiff*