**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **MOBILE BAYKEEPER, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | **1:22-cv-00382-KD-B** |
| **ALABAMA POWER COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**NOTICE OF FILING**

Defendant Alabama Power Company, by and through undersigned counsel, hereby gives notice to the Court that the following was served upon all counsel of record:

1. Defendant Alabama Power Company's Rule 26(a)(1) Initial Disclosures to Plaintiff Mobile Baykeeper, on October 9, 2026.

Respectfully submitted, this 9th day of October 2026.

*/s/Brent A. Rosser*
One of the Attorneys for the Defendant
Alabama Power Company

**OF COUNSEL:**
Jaime W. Betbeze (jbetbeze@maynardcooper.com)
Raymond L. Bell, Jr. (rbell@maynardcooper.com)
Evan N. Parrott (eparrott@maynardcooper.com)
MAYNARD, COOPER & GALE, P.C.
RSA Battle House Tower
11 North Water Street, Suite 24290
Mobile, AL 36602
Telephone: (251) 432-0001

Brent A. Rosser *(admitted pro hac vice)*
HUNTON ANDREWS KURTH LLC
101 South Tryon St., Suite 3500
Charlotte, NC 28280
Telephone: (704) 378-4707
brosser@hunton.com

F. William Brownell *(admitted pro hac vice)*
HUNTON ANDREWS KURTH LLC
2200 Pennsylvania Ave., Suite 900
Washington, DC 20037
Telephone: (202) 955-1555
bbrownell@hunton.com

Ed R. Haden (ehaden@balch.com)
Charles Burkhart (cburkhart@balch.com)
Steven A. Burns (sburns@balch.com)
Sean W. Shirley (sshirley@balch.com)
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of October 2026, a copy of the foregoing was filed using the Court's CM/ECF system, which sends electronic notice to all counsel of record.

*/s/Brent A. Rosser*
Of Counsel